MIED (Rev. 05/08) Report on the Filing or Determination of an Action Regarding a Patent or Trademark

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

The Weather Underground, Inc.

Plaintiff(s),

Case No. 2:09-CV-10756-MOB-VMM

v.

Judge Marianne O. Battani

Navigation Catalyst Systems, Inc, et.al.

Magistrate Judge Virginia M. Morgan

Defendant(s).

## REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court, Eastern District of Michigan, on the following ☐ Patents or ☑ Trademarks

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2297683 | 12/07/1999 | Weather Underground, Inc., The |
| 2 | 2324272 | 02/29/2000 | Weather Undergournd, Inc., The |
| 3 | 2281088 | 09/28/1999 | Weather Underground, Inc., The |
| 4 | 2447954 | 05/01/2001 | Weather Underground, Inc., The |
| 5 | 3527030 | 11/04/2008 | The Weather Underground, Inc. |
| 6 | 77631410 | 12/11/2008 | The Weather Underground, Inc. |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

To list additional patent/trademark numbers, please attach another page with the number, date and holder.

Date: February 27, 2009

Signature: _____
Bar No: P43506
Firm Name (if applicable): Traverse Legal, PLC
Address 1: 810 Cottageview Drive, Unit G-20
Address 2:
City, State Zip Code: Traverse City, MI 49684
Telephone No: (231) 932-0411
Primary Email Address: enrico@traverselegal.com