Weather Underground, Incorporated v. Navigation Catalyst Systems, Incorporated et al                                        Doc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## Summons in a Civil Case

Weather Underground,
Incorporated,

       Plaintiff(s),

v.              Case No. 2:09–cv–10756–MOB–VMM
                Hon. Marianne O Battani

Navigation Catalyst Systems,
Incorporated, et al.,

       Defendant(s).

## Notice to Defendant Basic Fusion, Incorporated

This summons is notification that you are being sued by the above named plaintiff(s). You are required to:

1. Serve upon the **plaintiff's attorney**:

   > Craig E. Schaefer
   > 810 Cottageview Drive
   > Suite G–20
   > Traverse City, MI
   > 49684

   an answer to the complaint within twenty (20) days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. File with the court any answer that you serve on the parties to this action within the time limits specified.

Failure to answer or take other actions permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver, Clerk of Court**  By: s/ L. Behringer
                Deputy Clerk

                Date of Issuance: February 27, 2009

Dockets.Justia.com

## Summons and Complaint Return of Service

Case No. 2:09-cv-10756-MOB-VMM
Hon. Marianne O Battani

A copy of the Summons and Complaint has been served upon the Defendant in the manner indicated below:

Name of Defendant Served:     Basic Fusion, Incorporated

Date of Service: _____

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____