IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THE WEATHER UNDERGROUND, INC.,
a Michigan corporation,

        Plaintiff,

vs.

NAVIGATION CATALYST SYSTEMS, INC.,
a Delaware corporation; BASIC FUSION, INC.,
a Delaware corporation; CONNEXUS CORP.,
a Delaware corporation; and FIRSTLOOK, INC.,
a Delaware corporation,

        Defendant.
_____/

Case No. 2:09-cv-10756

Hon. Marianne O. Battani

Enrico Schaefer (P43506)
Brian A. Hall (P70865)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, MI 49686
231-932-0411
enrico.schaefer@traverselegal.com
brianhall@traverselegal.com
Attorneys for Plaintiff

Anthony Patti (P43729)
HOOPER HATHAWAY, P.C.
126 South Main Street
Ann Arbor, MI 48104
734-662-4426
apatti@hooperhathaway.com
Co-counsel for Plaintiff
_____/

**NOTICE OF APPEARANCE OF ATTORNEY**

    PLEASE TAKE NOTE that the law firm of HOOPER HATHAWAY, P.C., by Anthony P. Patti, hereby enters its appearance as co-counsel on behalf of Plaintiff.

Respectfully submitted,

HOOPER HATHAWAY, P.C.

Date: March 3, 2009    By:    /s/ Anthony P. Patti
Anthony P. Patti (P43729)
apatti@hooperhathaway.com

Co-counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following ECF participants.

Respectfully submitted,

HOOPER HATHAWAY, P.C.

Date: March 3, 2009    By:    /s/ Anthony P. Patti
Anthony P. Patti (P43729)
apatti@hooperhathaway.com

Co-counsel for Plaintiff