# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## Summons in a Civil Case

Weather Underground,
Incorporated,

           Plaintiff(s),

v.	Case No. 2:09-cv-10756-MOB-VMM
	Hon. Marianne O Battani

Navigation Catalyst Systems,
Incorporated, et al.,

           Defendant(s).

_____

### Notice to Defendant Basic Fusion, Incorporated

This summons is notification that you are being sued by the above named plaintiff(s). You are required to:

1. Serve upon the **plaintiff's attorney**:

   Craig E. Schaefer
   810 Cottageview Drive
   Suite G-20
   Traverse City, MI
   49684

   an answer to the complaint within twenty (20) days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. File with the court any answer that you serve on the parties to this action within the time limits specified.

Failure to answer or take other actions permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver, Clerk of Court**	By:	s/ L. Behringer
		Deputy Clerk

	Date of Issuance: February 27, 2009

## Summons and Complaint Return of Service

Case No. 2:09-cv-10756-MOB-VMM
Hon. Marianne O Battani

A copy of the Summons and Complaint has been served upon the Defendant in the manner indicated below:

Name of Defendant Served: Basic Fusion, Incorporated

Date of Service: 3-9-09

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

_X_ Other (specify): certified return receipt U.S. Mail

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Catherine Dittrich

Signature of Server: Catherine Dittrich

Date: 3-12-09

Server's Address: Traverse Legal PLC
810 Cottageview Dr Unit G20
Traverse City MI 49684

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.95 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.85 |

Postmark Here

TWU - BASIC FUS

Sent To: BASIC FUSION INC
Street, Apt. No.; or PO Box No.: C/O PARACORP INCORPORATED
2804 GATEWAY OAKS DR #200
City, State, ZIP+4: SACRAMENTO CA 95833

7006 0810 0006 1747 9376

PS Form 3800, June 2002 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BASIC FUSION INC.
C/O PARACORP INCORPORATED
2804 GATEWAY OAKS DR #200
SACRAMENTO CA 95833

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _D. Zollner_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): D. Zollner
C. Date of Delivery: 3/9/09

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0006 1747 9376

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540