# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## Summons in a Civil Case

Weather Underground,
Incorporated,

           Plaintiff(s),

v.

Navigation Catalyst Systems,
Incorporated, et al.,

           Defendant(s).

Case No. 2:09-cv-10756-MOB-VMM
Hon. Marianne O Battani

## Notice to Defendant Navigation Catalyst Systems, Incorporated

This summons is notification that you are being sued by the above named plaintiff(s). You are required to:

1. Serve upon the **plaintiff's attorney**:

   Craig E. Schaefer
   810 Cottageview Drive
   Suite G-20
   Traverse City, MI
   49684

   an answer to the complaint within twenty (20) days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. File with the court any answer that you serve on the parties to this action within the time limits specified.

Failure to answer or take other actions permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver, Clerk of Court**

By: s/ L. Behringer
     Deputy Clerk

Date of Issuance: February 27, 2009

## Summons and Complaint Return of Service

Case No. 2:09-cv-10756-MOB-VMM
Hon. Marianne O Battani

A copy of the Summons and Complaint has been served upon the Defendant in the manner indicated below:

Name of Defendant Served: Navigation Catalyst Systems, Incorporated

Date of Service: 3-9-09

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

_X_ Other (specify): certified return receipt U.S. Mail

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Catherine Dittrich

Signature of Server: Catherine Dittrich

Date: 3-12-09

Server's Address: Traverse Legal PLC
810 Cottageview Drive Unit G20
Traverse City MI 49684

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.95 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.85 TWU-NCS |

Postmark Here

Sent To NAVIGATION CATALYST SYSTEMS
         C/O PARACORP INCORPORATED
Street, Apt. No.; or PO Box No. 2804 GATEWAY OAKS DR #200
City, State, ZIP+4 SACRAMENTO CA 95833

PS Form 3800, June 2002    See Reverse for Instructions

7006 0810 0006 1747 9383

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   NAVIGATION CATALYST SYSTEMS
   C/O PARACORP INCORPORATED
   2804 GATEWAY OAKS DR #200
   SACRAMENTO CA 95833

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _D. Zollner_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): D. Zollner
C. Date of Delivery: 3/9/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0006 1747 9383

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540