IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THE WEATHER UNDERGROUND, INC.,
  a Michigan corporation,

  Plaintiff,

v

NAVIGATION CATALYST SYSTEMS, INC.,
  a Delaware corporation; BASIC FUSION,
  INC., a Delaware corporation; CONNEXUS
  CORP., a Delaware corporation; and
  FIRSTLOOK, INC., a Delaware corporation,

  Defendants.

Case No.: 2:09-CV-10756
Hon. Marianne O. Battani

---

Anthony P. Patti (P43729)
HOOPER, HATHAWAY
Attorney for Plaintiff
126 S. Main Street
Ann Arbor, MI 48104-1903
(734) 662-4426
apatti@hooperhathaway.com

Brian A. Hall (P70865)
Enrico Schaefer (P43506)
Attorneys for Plaintiff
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Suite G-20
Traverse City, MI 49684
(231) 932-0411
brainhall@traverselegal.com
enrico@traverselegal.com

John P. Jacobs (P15400)
JACOBS AND DIEMER, P.C.
Local Counsel for Defendants
500 Griswold Street, Suite 2825
Detroit, MI 48226-2480
(313) 965-1900
jpj@jpjpc.com

William A. Delgado (admission pending)
WILLENKEN WILSON LOH & LIEB LLP
Lead Counsel for Defendants
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
(213) 955-9240
williamdelgado@willenken.com

---

## APPEARANCE AS LOCAL COUNSEL

TO:  Clerk of the Court
     United States District Court for the Eastern
     District of Michigan, Southern Division
     231 W. Lafayette Blvd.
     Detroit, MI 48226

Clerk to the Honorable Marianne O. Battani,

United States District Court Judge
United States District Court for the Eastern
District of Michigan, Southern Division
231 W. Lafayette Blvd., Room 277
Detroit, MI 48226

Anthony P. Patti (P43729)
HOOPER, HATHAWAY
Attorney for Plaintiff
126 S. Main Street
Ann Arbor, MI 48104-1903
(734) 662-4426
apatti@hooperhathaway.com

Brian A. Hall (P70865)
Enrico Schaefer (P43506)
Attorneys for Plaintiff
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Suite G-20
Traverse City, MI 49684
(231) 932-0411
brainhall@traverselegal.com
enrico@traverselegal.com

William A. Delgado (admission pending)
WILLENKEN WILSON LOH & LIEB LLP
Lead Counsel for Defendants
707 Wilshire Blvd.
Los Angeles, CA 90017
(213) 955-9240
williamdelgado@willenken.com

PLEASE TAKE NOTICE that the law firm of JACOBS AND DIEMER, P.C. and JOHN P. JACOBS on this date entered its, his and their appearances as Local Counsel and as "Of Counsel" on the Briefs on behalf of Defendants Navigation Catalyst Systems, Inc., Basic Fusion, Inc., Connexus Corp., and Firstlook, Inc.

Respectfully Submitted,

JACOBS AND DIEMER, P.C.

/s/ John P. Jacobs
By: John P. Jacobs (P15400)
Local Counsel for Defendants
500 Griswold Street, Suite 2825
Detroit, MI 48226-3480
(313) 965-1900
jpj@jpjpc.com

Dated: April 15, 2009