MIE 400 Notice of Motion Hearing Rev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THE WEATHER UNDERGROUND, INC.

                Plaintiff,

CASE NUMBER: 09-10756

HON. MARIANNE O. BATTANI

v.

NAVIGATION CATALYST SYSTEMS, INC, et al,

                Defendants.
_____/

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Marianne O. Battani, United States District Judge, for the above proceeding on **JULY 08, 2009 @ 2:00 P.M.**, in Courtroom 272, 231 W. Lafayette Blvd., Detroit, Michigan 48226.  The following motion(s) are scheduled for hearing:

■ MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(B)(2), OR, IN THE ALTERNATIVE, TRANSFER MEMORANDUM OF POINTS AND AUTHORITIES filed by Defendants on April 15, 2009.

The following briefing schedule is to be followed:*

| | |
|---|---|
| **Response Due Date** | 5/15/09 |
| **Reply Due Date** *(The Court requires a reply to every response)* | 6/01/09 |
| **Oral Argument** | 7/08/09 at 2:00 p.m. |

### CERTIFICATE OF SERVICE

I certify that a copy of this notice was mailed/e-filed to Anthony Patti, Brian Hall/Enrico Schafer and John Jacobs on this date.

Date: 4/16/09

                                                s/Colette Motowski
                                                Colette Motowski, secretary to
                                                Hon. Marianne O. Battani 313-234-2625