IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THE WEATHER UNDERGROUND, INC.,
    a Michigan corporation,

        Plaintiff,

v.

NAVIGATION CATALSYST SYSTEMS, INC.,
    a Delaware corporation; BASIC FUSION,
    INC., a Delaware corporation; CONNEXUS
    CORP., a Delaware corporation; and
    FIRSTLOOK, INC., a Delaware corporation,

        Defendants

Case No.: 2-09-CV-10756
Hon. Marianne O. Battani

---

Anthony P. Patti (P43729)
HOOPER, HATHAWAY
Attorney for Plaintiff
126 S. Main Street
Ann Arbor, MI 48104-1903
(734) 662-4426
apatti@hooperhathaway.com

Brian A. Hall (P70865)
Enrico Shaefer (P43506)
Attorneys for Plaintiff
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Suite G-20
Traverse City, MI 49684
(231) 932-0411
brianhall@traverselegal.com
enrico@traverselegal.com

John P. Jacobs (P15400)
JACOBS AND DIEMER, P.C.
Local Counsel for Defendants
500 Griswold Street, Suite 2825
Detroit, MI 48226-2480
(313) 965-1900
jpj@jpjpc.com

William A. Delgado (CA Bar 222666)
WILLENKEN WILSON LOH & LIEB LLP
Lead Counsel for Defendants
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
(213) 955-9240
williamdelgado@willenken.com

---

## APPEARANCE AS LEAD COUNSEL

    TO:    Clerk of the Court
              United States District Court for the Eastern
              District of Michigan, Southern Division
              231 W. Lafayette Blvd., Detroit, MI 48226

Clerk to the Honorable Marianne O. Battani,
United States District Court Judge
United States District Court for the Eastern
District of Michigan, Southern Division
231 W. Lafayette Blvd., Room 277
Detroit, MI 48226

Anthony P. Patti (P43729)
HOOPER, HATHAWAY
Attorney for Plaintiff
126 S. Main Street
Ann Arbor, MI 48104-1903
(734) 662-4426
apatti@hooperhathaway.com

Brian A. Hall (P70865)
Enrico Shaefer (P43506)
Attorneys for Plaintiff
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Suite G-20
Traverse City, MI 49684
(231) 932-0411
brianhall@traverselegal.com
enrico@traverselegal.com

John P. Jacobs (P15400)
JACOBS AND DIEMER, P.C.
Local Counsel for Defendants
500 Griswold Street, Suite 2825
Detroit, MI 48226-2480
(313) 965-1900

PLEASE TAKE NOTICE THAT the law firm of WILLENKEN WILSON LOH & LIEB LLP and William A. Delgado hereby entire its, his, and their appearance as Lead Counsel on

//

//

behalf of Defendants Navigation Catalyst Systems, Inc., Basic Fusion, Inc., Connexus Corp., and Firstlook, Inc.

                                            Respectfully Submitted,

                                            WILLENKEN WILSON LOH & LIEB LLP

*/s/ William A. Delgado* .
By: William A. Delgado
Lead Counsel for Defendants
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
(213) 955-9240
Dated: December 15, 2009                        williamdelgado@willenken.com

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Respectfully Submitted,

WILLENKEN WILSON LOH & LIEB LLP

*/s/ William A. Delgado* .
By: William A. Delgado
Lead Counsel for Defendants
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
(213) 955-9240
Dated: December 15, 2009                williamdelgado@willenken.com