UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THE WEATHER UNDERGROUND, INC.,
a Michigan corporation,

        Plaintiff,

NAVIGATION CATALYST SYSTEMS, INC.,
a Delaware corporation,

        Defendant.

Case No.: 2-09-cv-10576
Hon. Marianne O. Battani

---

| | |
|---|---|
| Anthony P. Patti (P43729)<br>HOOPER, HATHAWAY<br>Attorney for Plaintiff<br>126 S. Main Street<br>Ann Arbor, MI 48104-1903<br>(734) 662-4426<br>apatti@hooperhathaway.com | John P. Jacobs (P15400)<br>JACOBS AND DIEMER, P.C.<br>Former Local Counsel for Defendant<br>500 Griswold Street, Suite 2825<br>Detroit, MI 48226-2480<br>(313) 965-1900<br>jpj@jpjpc.com |
| Brian Hall (P70865)<br>Enrico Shaefer (P43506)<br>Attorneys for Plaintiff<br>TRAVERSE LEGAL, PLC<br>810 Cottageview Drive, Suite G-20<br>Traverse City, MI 49684<br>(231) 932 0411<br>brianhall@traverselegal.com<br>enrico@traverselegal.com | Nicholas J. Stasevich (P41896)<br>Benjamin K. Steffans (P69712)<br>Replacement Local Counsel for Defendant<br>BUTZEL LONG, a professional corporation<br>150 W. Jefferson, Suite 100<br>Detroit, MI 48226<br>stasevich@butzel.com<br>steffans@butzel.com |
| | William A. Delgado (CA Bar 222666)<br>WILLENKEN WILSON LOH & LIEB LLP<br>Lead Counsel for Defendant<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, CA 90017<br>(213) 955-9240<br>williamdelgado@willenken.com |

---

## **APPEARANCE OF BENJAMIN K. STEFFANS**

To:    Clerk of the Court

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS

PLEASE ENTER the appearance of Benjamin K. Steffans as local counsel for Defendant in the above-entitled cause.

                                              Respectfully submitted,

                                              **BUTZEL LONG, a professional corporation**

                                              By:/s/ Benjamin K. Steffans
                                                    Benjamin K. Steffans (P69712)
                                             150 W. Jefferson Avenue, Suite 100
                                             Detroit, MI  48226
                                             313.225.7000
                                             313.225.7080 fax
                                             Steffans@butzel.com
                                             Replacement Local Counsel for Defendant

1176325

## **CERTIFICATE OF SERVICE**

    A copy of the foregoing Appearance of Benjamin K. Steffans was filed electronically with the Court on January 6, 2010. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                                Respectfully submitted,

                                                By:/s/ Benjamin K. Steffans
                                                    Benjamin K. Steffans (P69712)

Dated: January 6, 2010

1176325

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS