UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THE WEATHER UNDERGROUND, INC.,
a Michigan corporation,

        Plaintiff,          Case No.: 2-09-cv-10756
                                                Hon. Marianne O. Battani

NAVIGATION CATALYST SYSTEMS, INC.,
a Delaware corporation,

        Defendant.

_____

| | |
|---|---|
| Anthony P. Patti (P43729) | John P. Jacobs (P15400) |
| HOOPER, HATHAWAY | JACOBS AND DIEMER, P.C. |
| Attorney for Plaintiff | Former Local Counsel for Defendant |
| 126 S. Main Street | 500 Griswold Street, Suite 2825 |
| Ann Arbor, MI 48104-1903 | Detroit, MI 48226-2480 |
| (734) 662-4426 | (313) 965-1900 |
| apatti@hooperhathaway.com | jpj@jpjpc.com |
| | |
| Brian Hall (P70865) | Nicholas J. Stasevich (P41896) |
| Enrico Shaefer (P43506) | Benjamin K. Steffans (P69712) |
| Attorneys for Plaintiff | Replacement Local Counsel for Defendant |
| TRAVERSE LEGAL, PLC | BUTZEL LONG, a professional corporation |
| 810 Cottageview Drive, Suite G-20 | 150 W. Jefferson, Suite 100 |
| Traverse City, MI 49684 | Detroit, MI 48226 |
| (231) 932 0411 | stasevich@butzel.com |
| brianhall@traverselegal.com | steffans@butzel.com |
| enrico@traverselegal.com | |
| | William A. Delgado (CA Bar 222666) |
| | WILLENKEN WILSON LOH & LIEB LLP |
| | Lead Counsel for Defendant |
| | 707 Wilshire Blvd., Suite 3850 |
| | Los Angeles, CA 90017 |
| | (213) 955-9240 |
| | williamdelgado@willenken.com |

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS

## **STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL**

It is hereby ordered, pursuant to the stipulation of the parties, that Butzel Long, a professional corporation, shall substitute and appear as local counsel for Defendant

NAVIGATION CATALYST SYSTEMS, INC., in place of Jacobs & Diemer, P.C. in the above-captioned action.

Dated: January 8, 2010                    s/Marianne O. Battani
                                          **Marianne O. Battani, District Court Judge**

**SO STIPULATED AND AGREED**

| **Jacobs & Diemer, P.C.** | **Butzel Long, a professional corporation** |
|---|---|
| By: /s/ John P. Jacobs | By: /s/ Benjamin K. Steffans |
| John P. Jacobs (P15400) | Nicholas J. Stasevich (P41896) |
| JACOBS AND DIEMER, P.C. | Benjamin K. Steffans (P69712) |
| Former Local Counsel for Defendants | Replacement Local Counsel for Defendant |
| 500 Griswold Street, Suite 2825 | 150 W. Jefferson, Suite 100 |
| Detroit, MI 48226-2480 | Detroit, MI 48226 |
| (313) 965-1900 | (313) 225-7000 |
| jpj@jpjpc.com | stasevich@butzel.com |
| | steffans@butzel.com |

**Willenken Wilson Loh & Lieb LLP**

By: /s/ William A. Delgado
William A. Delgado (CA Bar 222666)
Lead Counsel for Defendant
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
(213) 955-9240
williamdelgado@willenken.com

1176330

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS