IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THE WEATHER UNDERGROUND, INC.,
    a Michigan corporation,

        Plaintiff,

                        Case No. 2:09-CV-10756
vs.                        Hon. Marianne O. Battani

NAVIGATION CATALYST SYSTEMS, INC.,
    a Delaware corporation; BASIC FUSION, INC.,
    a Delaware corporation; CONNEXUS CORP.,
    a Delaware corporation; and FIRSTLOOK, INC.,
    a Delaware corporation,

        Defendants.

---

Enrico Schaefer (P43506)
Brian A. Hall (P70865)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, MI 49686
231-932-0411
enrico.schaefer@traverselegal.com
brianhall@traverselegal.com
Lead Attorneys for Plaintiff

Anthony P. Patti (P43729)
HOOPER HATHAWAY, PC
126 South Main Street
Ann Arbor, MI 48104
734-662-4426
apatti@hooperhathaway.com
Attorneys for Plaintiff

William A. Delgado (admitted pro hac vice)
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017
(213) 955-9240
williamdelgado@willenken.com
Lead Counsel for Defendants

John P. Jacobs (P15400)
JACOBS AND DIEMER, P.C.
500 Griswold Street, Suite 2825
Detroit, MI 48226-3480
(313) 965-1900
jpj@jpjpc.com
Local Counsel for Defendants

---

Dockets.Justia.com

## PLAINTIFF'S RULE 26(a) INITIAL DISCLOSURES

Plaintiff, The Weather Underground, Inc., submits this disclosure statement

pursuant to Rule 26 of the Federal Rules of Civil Procedure. Pursuant to Fed. R. Civ. P.

26(e), Plaintiff reserves its right to supplement the disclosures made herein as discovery

and Plaintiff's investigation progress.

### I. POTENTIAL WITNESSES [Fed. R. Civ. P. 26(a)(1)(A)]

The name and, if known, the address and telephone number of each individual likely to
have discoverable information that the disclosing party may use to support its claims or
defenses, unless solely for impeachment, identifying the subjects of the information.

Each of these individuals, unless otherwise noted, may be contacted through lead
counsel for the Plaintiffs.

| NUMBER | NAME | SUBJECT MATTER |
|---|---|---|
| 1 | Alan Steremberg<br>President<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff, Plaintiff's business, Plaintiff's trademarks, and Plaintiff's marketing and advertising. |
| 2 | Chris Schwerzler<br>Director<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff, Plaintiff's business, Plaintiff's trademarks, and Plaintiff's website advertisement traffic. |
| 3 | Jeff Ferguson<br>Director of Communications<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff, Plaintiff's business, Plaintiff's trademarks, Plaintiff's marketing and advertising, and Plaintiff's finances. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 4 | Jeffrey Masters Ph.D.<br>Director of Meteorology<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff, Plaintiff's business, Plaintiff's trademarks, and Plaintiff's blog and related online offerings. |
| 5 | Richard Lowden<br>Vice President of Sales and Advertising<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff, Plaintiff's business, and Plaintiff's sales. |
| 6 | Chuck Prewitt<br>Vice President of Business Development<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff, Plaintiff's business, and Plaintiff's business development efforts. |
| 7 | Brendan Hayes<br>Ad Traffic Manager<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff, Plaintiff's business, Plaintiff's trademarks, website advertisement traffic, and Plaintiff's AUTOBRAND product and service offerings. |
| 8 | Dan Schneider<br>Sales<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff's sales and related efforts. |
| 9 | Derek Rigaud<br>Sales<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff's sales and related efforts. |
| 10 | Eric Strong<br>Sales Director<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff's sales and related efforts. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 11 | Jennifer Mak<br>Account Manager<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff's prospective and existing accounts. |
| 12 | Matt Coy<br>Sales<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff's sales and related efforts. |
| 13 | Megan O'Rourke<br>Sales<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff's sales and related efforts. |
| 14 | Toby Skinner<br>Marketing<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff's marketing, advertising, and promotional efforts. |
| 15 | Aaron Cowdin<br>Director of Development<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff's software development matters. |
| 16 | Elaine Yang<br>Senior Meteorologist<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff's forecasting and use of Plaintiff's meteorological offerings. |
| 17 | Helen Tseng<br>Autobrand Developer<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff's AUTOBRAND product and service offerings. |
| 18 | Jessica Parker<br>Meteorologist<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff's meteorological offerings. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 19 | Christine Stowe | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation customer support, management of photo approvers, and monitoring of Plaintiff's blogs. |
| 20 | Lori Kilburg | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation customer support, management of photo approvers, and monitoring of Plaintiff's blogs. |
| 21 | Matt Kallio<br>Software Developer<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff, Plaintiff's business, Plaintiff's trademarks, Plaintiff's software development, and Plaintiff's website advertisement traffic. |
| 22 | Robert Carver Ph.D.<br>Research & Development<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint. |
| 23 | Shaun Tanner<br>Senior Meteorologist<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff's meteorological offerings. |
| 24 | Tim Roche<br>Meteorological Developer<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff's meteorological offerings. |
| 25 | Todd Henry<br>Design / Development<br>The Weather Underground, Inc. | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation the design and development of Plaintiff's websites. |
| 26 | Yaniv Zimet<br>Software Developer | To provide information and evidence concerning the allegations made in Plaintiff's Complaint, specifically including without limitation Plaintiff's various software offerings. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 27 | James A. Thomas Parker, Poe, Adams & Bernstein LLP representing The Royal Bank of Scotland Group plc Three Wachovia Center 401 South Tryon Street Suite 3000 Charlotte, NC 28202 704-372-9000 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |
| 28 | Thomas A. Canova Baker & Hostetler LLP representing Kid Glove Enterprises, Inc. 666 Fifth Avenue, New York, NY 10103 212-589-4200 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |
| 29 | Mark D. Schneider Gifford, Krass, Sprinkle, Anderson & Citkowski P.C. representing Happy's Pizza Company P.O. Box 7021 Troy, MI 48007 248-647-6000 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |
| 30 | Foley & Lardner representing mVisible Technologies, Inc. One Biscayne Tower 2 South Biscayne Boulevard Suite 1900 Miami, FL 33131 305-482-8400 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |
| 31 | Maury M. Tepper Womble Carlyle Sandridge & Rice, PLLC representing Talecris Biotherapeutics, Inc. 150 Fayetteville Street Suite 2100 Raleigh, NC27601 9190755-2100 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |
| 32 | Yoann Fouquet representing The Carphone Warehouse Limited and The Phone House B.V. | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 33 | Peter R. Afrasiabi<br>Turner Green Afrasiabi & Arledge LLP representing Dwight Esnard<br>535 Anton Boulevard<br>Suite 850<br>Costa Mesa, CA 92626<br>714-434-8750 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |
| 34 | Jacobson, Russell, Saltz & Fingerman LLP representing Russell Peters<br>10866 Wilshire Blvd Ste 1550<br>Los Angeles, CA 90024<br>310-446-9900 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |
| 35 | CitizenHawk, Inc. representing Cabela's, Inc.<br>27068 La Paz Road<br>Suite 104<br>Aliso Viejo, CA 92656<br>949-525-9320 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |
| 36 | Joel D. Leviton<br>Fish & Richardson P.C., P.A. representing Ho-Chunk Nation<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>612-335-5070 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |
| 37 | Anthony F. LoCicero<br>Amster Rothstein & Ebenstein representing Federated Western Properties Inc.<br>90 Park Avenue<br>New York, NY 10016<br>212-336-8000 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |
| 38 | Kathleen O Peterson<br>K&L Gates LLP representing Kaplan, Inc.<br>1900 Main Street Suite 600<br>Irvine, CA 92614<br>949-253-0900 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 39 | John Tehranian<br>Turn Green Afrasiabi and Arledge representing Mesa Garage Doors<br>535 Anton Blvd Suite 850<br>Costa Mesa, CA 92626<br>714-434-8756 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |
| 40 | Brian B. Darville<br>Merchant and Gould PC representing Rodman & Renshaw, LLC<br>255 Reinekers Lane Suite 560<br>Alexandria, VA 22314<br>202-326-0300 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |
| 41 | Laraine M I Burrell<br>Greenberg Traurig, LLP representing Station Casinos, Inc.<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>702-792-3773 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |
| 42 | Darcy Marie Goddard<br>Fried, Frank, Harris, Shriver & Jacobson representing Virgin Enterprises Limited<br>One New York Plaza<br>New York, NY 10004<br>212-859-8106 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |
| 43 | Alice Carmichael Richey<br>Kennedy Covington Lobdell & Hickman representing Wachovia Corporation<br>214 North Tryon Street, 47th Floor<br>Charlotte, NC 28202<br>704-331-7500 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |
| 44 | Andrew Sedlock<br>Greenberg Traurig LLP representing Wynn Resorts Holdings, LLC<br>3773 Howard Hughes Pkwy<br>Suite 500 North<br>Las Vegas, NV 89109<br>702-792-9002 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 45 | Beau Ryan Dasher<br>Lewis Tein representing The<br>Miccosukee Tribe of Indians of<br>Florida<br>3059 Grand Avenue<br>Suite 340<br>Coconut Grove, FL 33133<br>305-442-1101 | To provide information and evidence regarding Defendant NCS's unauthorized registration and use of domain names. |
| 46 | John DiGiacomo<br>Traverse Legal, PLC<br>810 Cottageview Drive<br>Suite G-20<br>Traverse City, MI 49684<br>231-932-0411 | To provide information and evidence regarding domain name registration and website use for those domain name registrations, including without limitation WHOIS records, archived web pages, source code, page rank, hyperlinks, search engine results, and related information. |
| 47 | Pizza Hut, Inc.<br>14841 Dallas Parkway<br>Dallas, TX 75254<br>972-338-7700 | To provide information and evidence regarding trademark rights in PIZZA HUT and whether Defendants had permission to register domain(s) that is(are) the same or similar to the PIZZA HUT. |
| 48 | The Coca-Cola Company<br>P.O. Box 1734<br>Atlanta, GA 30301<br>800-438-2653 | To provide information and evidence regarding trademark rights in COCA-COLA and whether Defendants had permission to register domain(s) that is(are) the same or similar to COCA-COLA. |
| 49 | University of Notre Dame<br>Notre Dame, Indiana 46556<br>574-631-5000 | To provide information and evidence regarding trademark rights in NOTRE DAME and whether Defendants had permission to register domain(s) that is(are) the same or similar to NOTRE DAME. |
| 50 | Lucasfilm Ltd.<br>P.O. Box 29901<br>San Francisco, CA 94129 | To provide information and evidence regarding trademark rights in STAR WARS and whether Defendants had permission to register domain(s) that is(are) the same or similar to STAR WARS. |
| 51 | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>408-996-1010 | To provide information and evidence regarding trademark rights in APPLE and whether Defendants had permission to register domain(s) that is(are) the same or similar to APPLE. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 52 | The Goodyear Tire & Rubber Co. 1144 East Market Street Akron, OH 44316 330-796-2121 | To provide information and evidence regarding trademark rights in GOODYEAR and whether Defendants had permission to register domain(s) that is(are) the same or similar to GOODYEAR. |
| 53 | Toyota Motor Sales, U.S.A., Inc. 19001 South Western Ave. Dept. WC11 Torrance, CA 90501 800-331-4331 | To provide information and evidence regarding trademark rights in TOYOTA and whether Defendants had permission to register domain(s) that is(are) the same or similar to TOYOTA. |
| 54 | Facebook, Inc. 1601 South California Avenue Palo Alto, CA 94304 650-853-1300 | To provide information and evidence regarding trademark rights in FACEBOOK and whether Defendants had permission to register domain(s) that is(are) the same or similar to FACEBOOK. |
| 55 | MySpace, Inc. 8391 Beverly Boulevard Suite 349 Los Angeles, CA 90048 | To provide information and evidence regarding trademark rights in MYSPACE and whether Defendants had permission to register domain(s) that is(are) the same or similar to MYSPACE. |
| 56 | LinkedIn Corporation 2029 Stierlin Court Mountain View, CA 94043 | To provide information and evidence regarding trademark rights in LINKEDIN and whether Defendants had permission to register domain(s) that is(are) the same or similar to LINKEDIN. |
| 57 | Rich "Lowtax" Kyanka & Something Awful LLC PO Box 997 Lee's Summit, MO 64063 | To provide information and evidence regarding trademark rights in SOMETHING AWFUL and whether Defendants had permission to register domain(s) that is(are) the same or similar to SOMETHING AWFUL. |
| 58 | Fark.com, Inc. c/o Drew Curtis 149 Chestnut Lane Versailles, KY 40383 | To provide information and evidence regarding trademark rights in FARK and whether Defendants had permission to register domain(s) that is(are) the same or similar to FARK. |
| 59 | Gawker Media 76 Crosby Street New York,, NY 10012 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 | To provide information and evidence regarding trademark rights in GAWKER and KOTAKU and whether Defendants had permission to register domain(s) that is(are) the same or similar to GAWKER and KOTAKU. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 60 | IGN Entertainment, Inc.<br>8000 Marina Boulevard<br>4th Floor<br>Brisbane, CA 94005 | To provide information and evidence regarding trademark rights in IGN and ASKMEN.COM and whether Defendants had permission to register domain(s) that is(are) the same or similar to IGN and ASKMEN.COM. |
| 61 | Center for American Progress Action Fund<br>Debbie Fine, General Counsel<br>1333 H Street NW, 10th Floor<br>Washington, DC 20005<br>202-682-1611 | To provide information and evidence regarding trademark rights in THINK PROGRESS and whether Defendants had permission to register domain(s) that is(are) the same or similar to THINK PROGRESS. |
| 62 | Washington Post.Newsweek Interactive Co. LLC<br>1350 Connecticut Ave. NW<br>Suite 400<br>Washington, D.C. 20036<br>202-261-1310 | To provide information and evidence regarding trademark rights in SLATE and whether Defendants had permission to register domain(s) that is(are) the same or similar to SLATE. |
| 63 | Capitol News Company LLC<br>1100 Wilson Blvd.<br>6th Floor<br>Arlington, VA 22209 | To provide information and evidence regarding trademark rights in POLITICO and whether Defendants had permission to register domain(s) that is(are) the same or similar to POLITICO. |
| 64 | Bestofmedia Group<br>Antoine Boulin<br>10559 Jefferson Boulevard, #A<br>Culver City, CA 90232-3513<br>310-279-5500 | To provide information and evidence regarding trademark rights in TOM'S HARDWARE and whether Defendants had permission to register domain(s) that is(are) the same or similar to TOM'S HARDWARE. |
| 65 | Onion, Inc.<br>900 Broadway Suite 203<br>New York, NY 10003<br>212-777-3700 | To provide information and evidence regarding trademark rights in THE ONION and whether Defendants had permission to register domain(s) that is(are) the same or similar to THE ONION. |
| 66 | Thomson Reuters<br>3 Times Square<br>New York, NY 10036<br>646-223-4000 | To provide information and evidence regarding trademark rights in REUTERS and whether Defendants had permission to register domain(s) that is(are) the same or similar to REUTERS. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 67 | Geoffrey, LLC<br>One Geoffrey Way<br>Wayne, NJ 07470<br>973-617-3500 | To provide information and evidence regarding trademark rights in TOYSRUS and whether Defendants had permission to register domain(s) that is(are) the same or similar to TOYSRUS. |
| 68 | TMZ Productions, Inc.<br>8033 West Sunset Boulevard,<br>Suite 875<br>Los Angeles, CA 90046<br>818-972-8000 | To provide information and evidence regarding trademark rights in TMZ and whether Defendants had permission to register domain(s) that is(are) the same or similar to TMZ. |
| 69 | Buzz Media Network<br>Van Leeuwenhoekstraat 44<br>1221 AH Hilversum<br>The Netherlands<br>+31-35-772-5225 | To provide information and evidence regarding trademark rights in WWTDD and whether Defendants had permission to register domain(s) that is(are) the same or similar to WWTDD. |
| 70 | Playboy Enterprises, Inc. and<br>Playboy.com, Inc.<br>680 North Lake Shore Drive<br>Chicago, IL 60611<br>312-751-8000 | To provide information and evidence regarding trademark rights in PLAYBOY and whether Defendants had permission to register domain(s) that is(are) the same or similar to PLAYBOY. |
| 71 | Match.com, L.L.C.<br>8300 Douglas Avenue<br>Dallas, TX 75225<br>214-576-9352 | To provide information and evidence regarding trademark rights in MATCH.COM and whether Defendants had permission to register domain(s) that is(are) the same or similar to MATCH.COM. |
| 72 | Humor Rainbow, Inc.<br>45 West 21st Street, Suite 6D<br>New York, NY 10010<br>212-255-7104 | To provide information and evidence regarding trademark rights in OKCUPID and whether Defendants had permission to register domain(s) that is(are) the same or similar to OKCUPID. |
| 73 | Taco Bell Corp.<br>17901 Von Karman<br>Irvine, CA 92614<br>949-863-4500 | To provide information and evidence regarding trademark rights in TACO BELL and whether Defendants had permission to register domain(s) that is(are) the same or similar to TACO BELL. |
| 74 | Tesco PLC<br>New Tesco House<br>Delamare Road<br>Cheshunt<br>Hertfordshire<br>England EN8 9SL<br>+44 0 800 505555 | To provide information and evidence regarding trademark rights in TESCO and whether Defendants had permission to register domain(s) that is(are) the same or similar to TESCO. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 75 | Samsung Group<br>105 Challenger Road<br>Ridgefield Park, NJ 07660<br>800-726-7864 | To provide information and evidence regarding trademark rights in SAMSUNG and whether Defendants had permission to register domain(s) that is(are) the same or similar to SAMSUNG. |
| 76 | Morgan Stanley<br>1585 Broadway<br>New York, NY 10036 | To provide information and evidence regarding trademark rights in MORGAN STANLEY and whether Defendants had permission to register domain(s) that is(are) the same or similar to MORGAN STANLEY. |
| 77 | HSBC North America Inc. and HSBC Holdings plc<br>26525 North Riverwood Boulevard<br>4 North East<br>Mettawa, IL 60045 | To provide information and evidence regarding trademark rights in HSBC and whether Defendants had permission to register domain(s) that is(are) the same or similar to HSBC. |
| 78 | Inter IKEA Systems B.V.<br>Olof Pamestraat 1<br>2616 Delft, The Netherlands<br>+31-15-215-0750 | To provide information and evidence regarding trademark rights in IKEA and whether Defendants had permission to register domain(s) that is(are) the same or similar to IKEA. |
| 79 | Enterprise Holdings, Inc.<br>600 Corporate Park Drive<br>St. Louis, MO 63105<br>314-512-1000 | To provide information and evidence regarding trademark rights in ENTERPRISE and whether Defendants had permission to register domain(s) that is(are) the same or similar to ENTERPRISE. |
| 80 | Southwest Airlines Co.<br>PO Box 36647<br>Dallas, TX 75235<br>800-435-9792 | To provide information and evidence regarding trademark rights in SOUTHWEST.COM and whether Defendants had permission to register domain(s) that is(are) the same or similar to SOUTHWEST.COM. |
| 81 | Meijer Inc.<br>2929 Walker Ave., NW<br>Grand Rapids, MI 49544<br>877-363-4537 | To provide information and evidence regarding trademark rights in MEIJER and whether Defendants had permission to register domain(s) that is(are) the same or similar to MEIJER. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 82 | The Kroger Co.<br>1014 Vine Street<br>Cincinnati, OH 45202<br>866-221-4141 | To provide information and evidence regarding trademark rights in KROKER and whether Defendants had permission to register domain(s) that is(are) the same or similar to KROGER. |
| 83 | Michigan Online, LLC<br>339 East Liberty Street, Suite 210<br>Ann Arbor, MI 48104 | To provide information and evidence regarding trademark rights in GRAND RAPIDS PRESS and whether Defendants had permission to register domain(s) that is(are) the same or similar to GRAND RAPIDS PRESS. |
| 84 | Battle Creek Enquirer<br>155 West Van Buren Street<br>Battle Creek, MI 49017<br>800-333-4139 | To provide information and evidence regarding trademark rights in BATTLE CREEK ENQUIRER and whether Defendants had permission to register domain(s) that is(are) the same or similar to BATTLE CREEK ENQUIRER. |
| 85 | Michigan Online, LLC<br>339 East Liberty Street, Suite 210<br>Ann Arbor, MI 48104 | To provide information and evidence regarding trademark rights in KALAMAZOO GAZETTE and whether Defendants had permission to register domain(s) that is(are) the same or similar to KALAMAZOO GAZETTE. |
| 86 | The Daily Mining Gazette<br>PO Box 368<br>Houghton, MI 49931<br>906-482-1500 | To provide information and evidence regarding trademark rights in MINING GAZETTE and whether Defendants had permission to register domain(s) that is(are) the same or similar to MINING GAZETTE. |
| 87 | Classmates Online, Inc.<br>PO Box 1269<br>Renton, WA 98057<br>206-301-5700 | To provide information and evidence regarding trademark rights in CLASSMATES and whether Defendants had permission to register domain(s) that is(are) the same or similar to CLASSMATES. |
| 88 | YouTube, LLC<br>901 Cherry Ave.<br>San Bruno, CA 94066<br>650-253-0000 | To provide information and evidence regarding trademark rights in YOUTUBE and whether Defendants had permission to register domain(s) that is(are) the same or similar to YOUTUBE. |

| NUMBER | NAME | SUBJECT MATTER |
|---|---|---|
| 89 | Heritage Broadcasting Group<br>PO Box 627<br>Cadillac, MI 49601<br>231-775-3478 | To provide information and evidence regarding trademark rights in 9AND10NEWS.COM and whether Defendants had permission to register domain(s) that is(are) the same or similar to 9AND10NEWS.COM. |
| 90 | Mint Software<br>280 Hope Street<br>Mountain View CA 94041<br>650-469-1302 | To provide information and evidence regarding trademark rights in MINT and whether Defendants had permission to register domain(s) that is(are) the same or similar to MINT. |
| 91 | Wikimedia Foundation, Inc.<br>PO Box 78350<br>San Francisco, CA 94107-8350<br>415-839-6885 | To provide information and evidence regarding trademark rights in WIKIPEDIA and whether Defendants had permission to register domain(s) that is(are) the same or similar to WIKIPEDIA. |
| 92 | Google, Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043<br>650-253-0000 | To provide information and evidence regarding trademark rights in BLOGGER and ORKUT and whether Defendants had permission to register domain(s) that is(are) the same or similar to BLOGGER and ORKUT. |
| 93 | Matt Mullenweg<br>PO Box 5446<br>Redwood City, CA 94063<br>877-273-8550 | To provide information and evidence regarding trademark rights in WORDPRESS and whether Defendants had permission to register domain(s) that is(are) the same or similar to WORDPRESS. |
| 94 | Mininova BV<br>NJ van der Maas<br>Wethouder Teselingenlean 10A<br>Driebergen-Rijsenburg,<br>Netherlands 3972 GB<br>+31-877-843-530 | To provide information and evidence regarding trademark rights in MININOVA and whether Defendants had permission to register domain(s) that is(are) the same or similar to MININOVA. |
| 95 | Yahoo!, Inc.<br>701 First Avenue<br>Sunnyvale, CA 94089<br>408-349-3300 | To provide information and evidence regarding trademark rights in FLICKR and whether Defendants had permission to register domain(s) that is(are) the same or similar to FLICKR. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 96 | Netflix, Inc.<br>100 Winchester Circle<br>Los Gatos, CA 95032<br>408-540-3700 | To provide information and evidence regarding trademark rights in NETFLIX and whether Defendants had permission to register domain(s) that is(are) the same or similar to NETFLIX. |
| 97 | U.S. Bank, N.A.<br>2751 Shepard, Road<br>St. Paul, MN 55116<br>651-205-0265 | To provide information and evidence regarding trademark rights in US BANK and whether Defendants had permission to register domain(s) that is(are) the same or similar to US BANK. |
| 98 | Chrysler Group, LLC<br>1000 Crysler Drive<br>Auburn Hills, MI 48326<br>800-992-1997 | To provide information and evidence regarding trademark rights in DODGE and whether Defendants had permission to register domain(s) that is(are) the same or similar to DODGE. |
| 99 | Google, Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043<br>650-253-0000 | To provide information and evidence regarding trademark rights in BLOGSPOT and whether Defendants had permission to register domain(s) that is(are) the same or similar to BLOGSPOT. |
| 100 | Disney Enterprises, Inc.<br>500 South Buena Vista Street<br>Burbank, CA 91521<br>6818-623-3523 | To provide information and evidence regarding trademark rights in DISNEY and whether Defendants had permission to register domain(s) that is(are) the same or similar to DISNEY. |
| 101 | Photobucket, Inc.<br>James Goss<br>PO Box 13003<br>Denver, CO 80201<br>720-381-4095 | To provide information and evidence regarding trademark rights in PHOTOBUCKET and whether Defendants had permission to register domain(s) that is(are) the same or similar to PHOTOBUCKET. |
| 102 | Hi5 Networks, Inc.<br>55 Second Street, Suite 300<br>San Francisco, CA 94105<br>415-979-0300 | To provide information and evidence regarding trademark rights in HI5 and whether Defendants had permission to register domain(s) that is(are) the same or similar to HI5. |
| 103 | Conduit Ltd.<br>400 South El Camino Real, Suite 375<br>San Mateo, CA 94402<br>866-338-1306 | To provide information and evidence regarding trademark rights in CONDUIT and whether Defendants had permission to register domain(s) that is(are) the same or similar to CONDUIT. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 104 | Ask.com<br>555 12th Street, Suite 500<br>Oakland, CA 94607<br>510-985-7400 | To provide information and evidence regarding trademark rights in ASK.COM and whether Defendants had permission to register domain(s) that is(are) the same or similar to ASK.COM. |
| 105 | ESPN, Inc.<br>935 Middle Street<br>Bristol, CN 06010-1001<br>860-766-0230 | To provide information and evidence regarding trademark rights in ESPN and whether Defendants had permission to register domain(s) that is(are) the same or similar to ESPN. |
| 106 | Radioshack<br>300 Radio Shack Circle<br>Ft. Worth, TX 76102<br>817-415-0874 | To provide information and evidence regarding trademark rights in RADIO SHACK and whether Defendants had permission to register domain(s) that is(are) the same or similar to RADIO SHACK. |
| 107 | Discovery Communications, Inc.<br>One Discovery Place<br>Silver Spring, MD 20910<br>240-662-7562 | To provide information and evidence regarding trademark rights in DISCOVERY CHANNEL and whether Defendants had permission to register domain(s) that is(are) the same or similar to DISCOVERY CHANNEL. |
| 108 | Mozilla Corporation<br>650 Castro Street, Suite 300<br>Mountain View, CA 94041<br>650-903-0800 | To provide information and evidence regarding trademark rights in MOZILLA and whether Defendants had permission to register domain(s) that is(are) the same or similar to MOZILLA. |
| 109 | Integrated Marketing Solutions, Inc.<br>1112 Seventh Avenue<br>Monroe, WI 53566<br>608-328-8471 | To provide information and evidence regarding trademark rights in SWISS COLONY and whether Defendants had permission to register domain(s) that is(are) the same or similar to SWISS COLONY. |
| 110 | ImageShack Corporation<br>236 North Santa Cruz Avenue, #100<br>Los Gatos, CA 95030<br>408-612-3954 | To provide information and evidence regarding trademark rights in IMAGE SHACK and whether Defendants had permission to register domain(s) that is(are) the same or similar to IMAGE SHACK. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 111 | deviantART, Inc.<br>7095 Hollywood Boulevard, #788<br>Hollywood, CA 90028<br>323-645-6000 | To provide information and evidence regarding trademark rights in DEVIANT ART and whether Defendants had permission to register domain(s) that is(are) the same or similar to DEVIANT ART. |
| 112 | Intellectual Reserve, Inc.<br>50 East North Temple Street<br>Salt Lake City, UT 84150-3011<br>801-240-3959 | To provide information and evidence regarding trademark rights in LDS CHURCH and whether Defendants had permission to register domain(s) that is(are) the same or similar to LDS CHURCH. |
| 113 | GEICO<br>4608 Willard Avenue, 4CE<br>Chevy Chase, MD 20815-4606<br>301-986-3880 | To provide information and evidence regarding trademark rights in GEICO and whether Defendants had permission to register domain(s) that is(are) the same or similar to GEICO. |
| 114 | Rose City Motors<br>3450 Ann Arbor Road<br>Jackson, MI 49202<br>517-764-0930 | To provide information and evidence regarding trademark rights in ROSE CITY MOTORS and whether Defendants had permission to register domain(s) that is(are) the same or similar to ROSE CITY MOTORS. |
| 115 | American Farm Bureau<br>600 Maryland Avenue SW, Suite 1000W<br>Washington, DC 20024 | To provide information and evidence regarding trademark rights in FARM BUREAU and whether Defendants had permission to register domain(s) that is(are) the same or similar to FARM BUREAU. |
| 116 | Frankenmuth Insurance Company<br>1 Mutual Avenue<br>Frankenmuth, MI 48787<br>989-652-6121 | To provide information and evidence regarding trademark rights in FRANKENMUTH INSURANCE and whether Defendants had permission to register domain(s) that is(are) the same or similar to FRANKENMUTH INSURANCE. |
| 117 | United Services Automobile Association<br>9800 Fredericksburg Road<br>San Antonio, TX 78288<br>210-913-1733 | To provide information and evidence regarding trademark rights in USAA and whether Defendants had permission to register domain(s) that is(are) the same or similar to USAA. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 118 | Echostar Statellite, LLC<br>9601 South Meridian Boulevard<br>Englewood, CO 80112<br>303-723-1000 | To provide information and evidence regarding trademark rights in DISH NETWORK and whether Defendants had permission to register domain(s) that is(are) the same or similar to DISH NETWORK. |
| 119 | Charter Communications Operating, LLC<br>12405 Powers Court Drive<br>St. Louis, MO 63131<br>314-965-0555 | To provide information and evidence regarding trademark rights in CHARTER COMMUNICATIONS and whether Defendants had permission to register domain(s) that is(are) the same or similar to CHARTER COMMUNICATIONS. |
| 120 | Comcast Corporation<br>1 Comcast Center<br>Philadelphia, PA 19103<br>215-286-1700 | To provide information and evidence regarding trademark rights in COMCAST and FANCAST and whether Defendants had permission to register domain(s) that is(are) the same or similar to COMCAST and FANCAST. |
| 121 | Bresnan Communications<br>1 Manhattanville Road<br>Purchase, NY 10577<br>914-641-3300 | To provide information and evidence regarding trademark rights in BRESNAN COMMUNICATIONS and whether Defendants had permission to register domain(s) that is(are) the same or similar to BRESNAN COMMUNICATIONS. |
| 122 | Sony Computer Entertainment America, Inc.<br>919 East Hillsdale Boulevard<br>Foster City, CA 94404-4247<br>650-655-8000 | To provide information and evidence regarding trademark rights in PLAYSTATION and whether Defendants had permission to register domain(s) that is(are) the same or similar to PLAYSTATION. |
| 123 | Answers Corporation<br>237 West 35th Street, Suite 1101<br>New York, NY 10001-1905<br>646-502-4777 | To provide information and evidence regarding trademark rights in ANSWERS and whether Defendants had permission to register domain(s) that is(are) the same or similar to ANSWERS. |
| 124 | Tagged.com<br>PO Box 2863<br>San Francisco, CA 94126<br>415-462-5531 | To provide information and evidence regarding trademark rights in TAGGED and whether Defendants had permission to register domain(s) that is(are) the same or similar to TAGGED. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 125 | ADT Security Services, Inc.<br>10550 Deerwood Park Boulevard, Suite 400<br>Jacksonville, FL 32256<br>877-238-4357 | To provide information and evidence regarding trademark rights in ADT SECURITY and whether Defendants had permission to register domain(s) that is(are) the same or similar to ADT SECURITY. |
| 126 | WebMD, LLC<br>111 Eighth Avenue<br>New York, NY 10014<br>212-624-3700 | To provide information and evidence regarding trademark rights in MEDSCAPE and whether Defendants had permission to register domain(s) that is(are) the same or similar to MEDSCAPE. |
| 127 | AT&T Internet Services<br>1701 Alma Drive<br>Plano, TX 75075<br>800-348-1626 | To provide information and evidence regarding trademark rights in PRODIGY and whether Defendants had permission to register domain(s) that is(are) the same or similar to PRODIGY. |
| 128 | AT&T Services, Inc.<br>240 North Meridian, Room 280<br>Indianapolis, IN 46204<br>317-265-2859 | To provide information and evidence regarding trademark rights in AT&T and whether Defendants had permission to register domain(s) that is(are) the same or similar to AT&T. |
| 129 | WebMD, Inc.<br>1175 Peachtree Street, Suite 2400<br>Atlanta, GA 30361<br>404-266-8500 | To provide information and evidence regarding trademark rights in WEBMD and whether Defendants had permission to register domain(s) that is(are) the same or similar to WEBMD. |
| 130 | eBay, Inc.<br>2145 Hamilton Avenue<br>San Jose, CA 95125<br>408-376-7400 | To provide information and evidence regarding trademark rights in PAYPAL and whether Defendants had permission to register domain(s) that is(are) the same or similar to PAYPAL. |
| 131 | Electronic Arts<br>209 Redwood Shores Parkway<br>Redwood City, CA 94065<br>650-628-1500 | To provide information and evidence regarding trademark rights in POGO and whether Defendants had permission to register domain(s) that is(are) the same or similar to POGO. |
| 132 | Friendster, Inc.<br>1380 Villa Street<br>Mountain View, CA 94041<br>650-237-1400 | To provide information and evidence regarding trademark rights in FRIENDSTER and whether Defendants had permission to register domain(s) that is(are) the same or similar to FRIENDSTER. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 133 | Menard, Inc.<br>4777 Menard Drive<br>Eau Claire, WI 54703<br>715-876-2000 | To provide information and evidence regarding trademark rights in MENDARDS and whether Defendants had permission to register domain(s) that is(are) the same or similar to MENARDS. |
| 134 | Lowe's Companies, Inc.<br>1000 Lowe's Boulevard<br>Mooresville, NC 28115 | To provide information and evidence regarding trademark rights in LOWE'S and whether Defendants had permission to register domain(s) that is(are) the same or similar to LOWE'S. |
| 135 | Traverse City Area Public Schools<br>1180 Cass Road<br>Operations Center<br>Traverse City, MI 49684<br>231-933-1905 | To provide information and evidence regarding trademark rights in TCAPS and whether Defendants had permission to register domain(s) that is(are) the same or similar to TCAPS. |
| 136 | AVG Technologies CY, Ltd.<br>2-4 Capital Center, 9th Floor<br>Nicosia Cyprus 1505<br>+35722410032 | To provide information and evidence regarding trademark rights in AVG and whether Defendants had permission to register domain(s) that is(are) the same or similar to AVG. |
| 137 | Fotolog, Inc.<br>1010 Fifth Avenue<br>New York, NY 10003<br>212-620-6001 | To provide information and evidence regarding trademark rights in FOTOLOG and whether Defendants had permission to register domain(s) that is(are) the same or similar to FOTOLOG. |
| 138 | National Basketball Association<br>100 Plaza Drive, 3rd Floor<br>Secaucus, NJ 07094<br>201-974-6996 | To provide information and evidence regarding trademark rights in NBA and whether Defendants had permission to register domain(s) that is(are) the same or similar to NBA. |
| 139 | National Hockey League<br>1185 Avenue of the Americas, 15th Floor<br>New York, NY 10036<br>212-789-2000 | To provide information and evidence regarding trademark rights in NHL and whether Defendants had permission to register domain(s) that is(are) the same or similar to NHL. |
| 140 | Thomson Reuters<br>3 Times Square, 17th Floor<br>New York, NY 10036<br>646-223-4131 | To provide information and evidence regarding trademark rights in REUTERS and whether Defendants had permission to register domain(s) that is(are) the same or similar to REUTERS. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 141 | Road Runner HoldCo, LLC<br>13241 Woodland Park Road<br>Herndon, VA 20171<br>703-345-3416 | To provide information and evidence regarding trademark rights in ROAD RUNNER and whether Defendants had permission to register domain(s) that is(are) the same or similar to ROAD RUNNER. |
| 142 | Constant Contact, Inc.<br>1601 Trapelo Road, Suite 329<br>Waltham, MA 02451<br>781-472-8100 | To provide information and evidence regarding trademark rights in CONSTANT CONTACT and whether Defendants had permission to register domain(s) that is(are) the same or similar to CONSTANT CONTACT. |
| 143 | Click Sales, Inc.<br>917 South Lusk Street<br>Boise, ID 83706<br>208-345-4245 | To provide information and evidence regarding trademark rights in CLICKBANK and whether Defendants had permission to register domain(s) that is(are) the same or similar to CLICKBANK. |
| 144 | Tribune Technology<br>433 North Michigan Avenue<br>Chicago, IL 60611<br>312-222-9100 | To provide information and evidence regarding trademark rights in LA TIMES and whether Defendants had permission to register domain(s) that is(are) the same or similar to LA TIMES. |
| 145 | Pandora Media, Inc.<br>2101 Webster Street, Suite 1650<br>Oakland, CA 94612<br>510-451-4100 | To provide information and evidence regarding trademark rights in PANDORA and whether Defendants had permission to register domain(s) that is(are) the same or similar to PANDORA. |
| 146 | CMS Energy Corporation<br>One Energy Plaza<br>Jackson, MI 49201<br>517-788-2416 | To provide information and evidence regarding trademark rights in CONSUMERS ENERGY and whether Defendants had permission to register domain(s) that is(are) the same or similar to CONSUMERS ENERGY. |
| 147 | Team Health<br>1900 Winston Road, Suite 300<br>Knoxville, TN 37919<br>865-693-1000 | To provide information and evidence regarding trademark rights in SPECTRUM HEALTH and whether Defendants had permission to register domain(s) that is(are) the same or similar to SPECTRUM HEALTH. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 148 | Grand Valley State University<br>207 Manitou Hall<br>Allendale, MI 49401<br>616-331-2101 | To provide information and evidence regarding trademark rights in GRAND VALLEY STATE UNIVERSITY and whether Defendants had permission to register domain(s) that is(are) the same or similar to GRAND VALLEY STATE UNIVERSITY. |
| 149 | Eastern Michigan University<br>Administrative Office, First Floor,<br>127 Pray-Harrold<br>Ypsilanti, MI 48197<br>734-487-3145 | To provide information and evidence regarding trademark rights in EASTERN MICHIGAN UNIVERSITY and whether Defendants had permission to register domain(s) that is(are) the same or similar to EASTERN MICHIGAN UNIVERSITY. |
| 150 | Knape & Vogt Manufacturing Co.<br>2700 Oak Industrial Drive NE<br>Grand Rapids, MI 49505<br>616-459-3311 | To provide information and evidence regarding trademark rights in KNAPE & VOGT and whether Defendants had permission to register domain(s) that is(are) the same or similar to KNAPE & VOGT. |
| 151 | Williams-Sonoma, Inc.<br>151 Union Street<br>San Francisco, CA 94111 | To provide information and evidence regarding trademark rights in WILLIAMS-SONOMA and whether Defendants had permission to register domain(s) that is(are) the same or similar to WILLIAMS-SONOMA. |
| 152 | WGBH Educational Foundation<br>One Guest Street<br>Boston, MA 02135<br>617-300-2000 | To provide information and evidence regarding trademark rights in WGBH PUBLIC TELEVISION and whether Defendants had permission to register domain(s) that is(are) the same or similar to WGBH PUBLIC TELEVISION. |
| 153 | Albertson's, Inc.<br>250 Park Center Boulevard, Box 20<br>Boise, ID 83726<br>208-395-5320 | To provide information and evidence regarding trademark rights in ALBERTSON'S and whether Defendants had permission to register domain(s) that is(are) the same or similar to ALBERTSON'S. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 154 | MGM Mirage Operations, Inc.<br>3260 Industrial Road<br>Las Vegas, NV 89109 | To provide information and evidence regarding trademark rights in CIRCUS CIRCUS and whether Defendants had permission to register domain(s) that is(are) the same or similar to CIRCUS CIRCUS. |
| 155 | Macy's Department Stores, Inc.<br>7 West Seventh Street<br>Cincinnati, OH 45202<br>678-474-2518 | To provide information and evidence regarding trademark rights in MACY'S and whether Defendants had permission to register domain(s) that is(are) the same or similar to MACY'S. |
| 156 | The Pampered Chef, Ltd.<br>One Pampered Chef Lane<br>Addison, IL 60101<br>630-792-7614 | To provide information and evidence regarding trademark rights in PAMPERED CHEF and whether Defendants had permission to register domain(s) that is(are) the same or similar to PAMPERED CHEF. |
| 157 | Hungry Howie's Pizza, Inc.<br>30300 Stephenson Highway<br>Madison Heights, MI 48071<br>248-414-3300 | To provide information and evidence regarding trademark rights in HUNGRY HOWIES and whether Defendants had permission to register domain(s) that is(are) the same or similar to HUNGRY HOWIES. |
| 158 | Taco John's International, Inc.<br>808 West 20th Street<br>Box 1589<br>Cheyenne, WY 82001 | To provide information and evidence regarding trademark rights in TACO JOHNS and whether Defendants had permission to register domain(s) that is(are) the same or similar to TACO JOHNS. |
| 159 | Pulte Homes, Inc.<br>100 Bloomfield Hills Parkway, Suite 300<br>Bloomfield Hills, MI 48304 | To provide information and evidence regarding trademark rights in PULTE HOMES and whether Defendants had permission to register domain(s) that is(are) the same or similar to PULTE HOMES. |
| 160 | The Dow Chemical Company<br>2020 Dow Center<br>Midland, MI 48674<br>989-636-0108 | To provide information and evidence regarding trademark rights in DOW CHEMICAL and whether Defendants had permission to register domain(s) that is(are) the same or similar to DOW CHEMICAL. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 161 | DTE Energy<br>2000 Second Avenue, 749G0<br>Detroit, MI 48226<br>313-235-8620 | To provide information and evidence regarding trademark rights in DTE ENERGY and whether Defendants had permission to register domain(s) that is(are) the same or similar to DTE ENERGY. |
| 162 | Kelly Services, Inc.<br>999 West Big Beaver Road<br>Troy, MI 48084<br>248-822-9354 | To provide information and evidence regarding trademark rights in KELLY SERVICES and whether Defendants had permission to register domain(s) that is(are) the same or similar to KELLY SERVICES. |
| 163 | BorgWarner, Inc.<br>3850 Hamlin Road<br>Auburn Hills, MI 48326<br>248-754-9600 | To provide information and evidence regarding trademark rights in BORGWARNER and whether Defendants had permission to register domain(s) that is(are) the same or similar to BORGWARNER. |
| 164 | Borders Properties, Inc.<br>100 Phoenix Drive<br>Ann Arbor, MI 48108<br>734-477-1717 | To provide information and evidence regarding trademark rights in BORDERS and whether Defendants had permission to register domain(s) that is(are) the same or similar to BORDERS. |
| 165 | La-Z-Boy Incorporated<br>1284 North Telegraph Road<br>Monroe, MI 48161<br>734-241-2758 | To provide information and evidence regarding trademark rights in LA-Z-BOY and whether Defendants had permission to register domain(s) that is(are) the same or similar to LA-Z-BOY. |
| 166 | Ziebart International Corporation<br>1290 East Maple Road<br>Troy, MI 48007<br>248-588-4100 | To provide information and evidence regarding trademark rights in ZIEBART and whether Defendants had permission to register domain(s) that is(are) the same or similar to ZIEBART. |
| 167 | Penske Corporation<br>13400 West Outer Drive<br>Detroit, MI 48239 | To provide information and evidence regarding trademark rights in PENSKE and whether Defendants had permission to register domain(s) that is(are) the same or similar to PENSKE. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 168 | HoMedics – USA, Inc.<br>3000 Pontiac Trail<br>Commerce Township, MI 48390<br>248-863-3000 | To provide information and evidence regarding trademark rights in HOMEDICS and whether Defendants had permission to register domain(s) that is(are) the same or similar to HOMEDICS. |
| 169 | Flagstar Bank<br>5151 Corporate Drive<br>Troy, MI 48098<br>800-945-7711 | To provide information and evidence regarding trademark rights in FLAGSTAR BANK and whether Defendants had permission to register domain(s) that is(are) the same or similar to FLAGSTAR BANK. |
| 170 | Faygo Beverages, Inc.<br>3579 Gratiot Avenue<br>Detroit, MI 48207<br>313-925-1600 | To provide information and evidence regarding trademark rights in FAYGO and whether Defendants had permission to register domain(s) that is(are) the same or similar to FAYGO. |
| 171 | Domino's Pizza, LLC<br>30 Frank Lloyd Wright Drive<br>Ann Arbor, MI 48105<br>734-930-3030 | To provide information and evidence regarding trademark rights in DOMINO'S and whether Defendants had permission to register domain(s) that is(are) the same or similar to DOMINO'S. |
| 172 | Carhartt, Inc.<br>5750 Mercury Drive<br>PO Box 600<br>Dearborn, MI 48126<br>313-271-8460 | To provide information and evidence regarding trademark rights in CARHARTT and whether Defendants had permission to register domain(s) that is(are) the same or similar to CARHARTT. |
| 173 | Bissell, Inc.<br>2345 Walker NW<br>Grand Rapids, MI 48544<br>616-453-4451 | To provide information and evidence regarding trademark rights in BISSELL and whether Defendants had permission to register domain(s) that is(are) the same or similar to BISSELL. |
| 174 | Auto-Owners Insurance Company<br>6101 Anacapri Boulevard<br>Lansing, MI 48917<br>517-323-1200 | To provide information and evidence regarding trademark rights in AUTO-OWNERS INSURANCE and whether Defendants had permission to register domain(s) that is(are) the same or similar to AUTO-OWNERS INSURANCE. |
| 175 | Art Van Furniture<br>6500 14 Mile Road<br>Warren, MI 48092<br>810-983-3014 | To provide information and evidence regarding trademark rights in ART VAN and whether Defendants had permission to register domain(s) that is(are) the same or similar to ART VAN. |

| NUMBER | NAME | SUBJECT MATTER |
|--------|------|----------------|
| 176 | Stardock Systems, Inc.<br>15090 North Beck Road, Sutie 300<br>Plymouth, MI 48170<br>734-927-0677 | To provide information and evidence regarding trademark rights in STARDOCK and whether Defendants had permission to register domain(s) that is(are) the same or similar to STARDOCK. |
| 177 | Alticor Investments, Inc.<br>7575 Fulton Street East<br>Ada, MI 49355<br>616-787-7000 | To provide information and evidence regarding trademark rights in QUIXTAR and whether Defendants had permission to register domain(s) that is(are) the same or similar to QUIXTAR (AMWAY). |
| 178 | Michigan State University<br>220 Computer Center<br>East Lansing, MI 48824<br>517-355-3600 | To provide information and evidence regarding trademark rights in MICHIGAN STATE UNIVERSITY and whether Defendants had permission to register domain(s) that is(are) the same or similar to MICHIGAN STATE UNIVERSITY. |
| 179 | HuffingtonPost.com, Inc.<br>560 Broadway, Suite 308<br>New York, NY 10012<br>212-245-7844 | To provide information and evidence regarding trademark rights in HUFFINGTONPOST and whether Defendants had permission to register domain(s) that is(are) the same or similar to HUFFINGTONPOST. |
| 180 | AOL LLC<br>Attn: Regina Thomas<br>22000 AOL Way<br>Dulles, VA 20166<br>703-265-0094 | To provide information and evidence regarding trademark rights in BEBO and whether Defendants had permission to register domain(s) that is(are) the same or similar to BEBO. |

Plaintiff reserves the right to supplement these initial disclosures of potential

witnesses, especially as it pertains to third party trademark holder witnesses, consistent

with Fed. R. Civ. P. 26(e).

## II. DOCUMENTS [Fed. R. Civ. P. 26(a)(1)(B)]

A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment

All documents listed below are located at the following locations:

Traverse Legal, PLC
810 Cottageview Drive, Suite G-20
Traverse City, MI 49684

Hooper, Hathaway, Price, Beuche & Wallace, P.C.
126 S. Main Street
Ann Arbor, MI 48104

The Weather Underground, Inc.
300 N. Fifth Ave #240
Ann Arbor, MI 48104

The Weather Underground, Inc.
185 Berry St. Suite #5501
San Francisco, CA 94107

Plaintiff will rely upon those non-privileged, non-work product, relevant

documents that are in its possession, custody or control, and that tend to support

Plaintiff's position in this case, including:

1.      All documents attached as exhibits to the Complaint in this action.

2.      Depositions, court filings and other docket materials in this lawsuit.

3.      All documents attached as exhibits to Plaintiff's Response to Defendants'

Motion to Dismiss for Lack of Personal Jurisdiction in this action.

4.      Documents identified in Defendants' 26(a) disclosures.

5.      Documents requested in Plaintiff's discovery requests.

6.      Documents regarding Plaintiff's offering of online weather services.

7.      Documents regarding Plaintiff's offering of blogs in connection with its

online weather service offerings.

8.      Documents regarding Plaintiff's programming and software development capabilities and offerings.

9.      Documents regarding the location of, deployment of, and use of personal weather stations.

10.     Documents regarding the demographics of members and/or users of Plaintiff's services.

11.     Documents evidencing Plaintiff's clients and the services those clients utilize.

12.     Documents regarding Plaintiff's advertisement agreements and revenue model.

13.     Documents demonstrating the nature and extent of advertising and promotion for the Plaintiff's business, including volume of sales and money spent on advertising.

14.     Sales data regarding Plaintiff's products and service offerings.

15.     Documents relating to the use of Plaintiff's services by third party web sites, including placement of Plaintiff's WEATHER STICKER.

16.     Documents evidencing press, recognition, or awards related to Plaintiff and its products and or service offerings.

17.     Documents evidencing search engine results as it pertains to Plaintiff, Defendants, and/or third parties.

18.     U.S. Patent and Trademark Office files for the following Serial and/or Registration numbers and any related proceedings:

a.   2281088

b.   2297683

c.   2308658

d.   2324272

e.   2318973

f.   2447954

g.   3527030

h.   3647301

i.   77755078

j.   77755212

k.   77755229

19.   Documents demonstrating use in commerce of Plaintiff's trademarks and service marks, including those identified in paragraph 18.

20.   Documents demonstrating the distinctiveness of Plaintiff's trademarks and service marks, including those identified in paragraph 18.

21.   Documents demonstrating the famousness of Plaintiff's trademarks and service marks, including those identified in paragraph 18.

22.   Documents demonstrating the public's association of Plaintiff's trademarks and service marks with its respective goods or services.

23.   Documents demonstrating the length and manner of Plaintiff's use of its trademarks and service marks.

24.   Documents evidencing Plaintiff's promotion of its Marks.

25. Documents evidencing Plaintiff's registration and use of domain names.

26. Documents regarding marketing material, web-based or otherwise, by Plaintiff.

27. Documents regarding advertising material, web-based or otherwise, by Plaintiff, including without limitation landing page, banner, and keyword advertisements.

28. Documents regarding Plaintiff's websites, including without limitation its official websites wunderground.com, weatherunderground.com, and wund.com, archives of the same, and web traffic related thereto.

29. Documents relating to the ranking of Plaintiff's websites.

30. Documents regarding third party trademark and service mark rights, including U.S. Patent and Trademark Office files for the trademarks and service marks identified as subject matter for third party trademark and service mark owners above.

31. Communications, in whatever form, with and regarding Defendants.

32. Documents regarding The Weather Underground, Inc. v. Navigation Catalyst Systems, Inc., FA1221002 (Nat. Arb. Forum Oct. 13, 2008) arbitration pursuant to the Uniform Dispute Resolution Policy (UDRP).

33. Documents pertaining to any action in which Defendant Navigation Catalyst Systems, Inc. has been involved, including both UDRP actions and lawsuits in a court of law.

34. Documents evidencing the relationship between Defendant Navigation Catalyst Systems, Inc. and each of Basic Fusion, Inc., Connexus Corp., and Firstlook, Inc., including ownership, subsidiaries, and joint ventures.

35. Documents relating to the Internet Corporation for Assigned Names and Numbers (ICANN) Uniform Domain Name Dispute Resolution Policy (UDRP) and its governance of domain name registrars.

Plaintiff reserves the right to supplement these initial disclosures of documents consistent with Fed. R. Civ. P. 26(e).

### III. DAMAGES [Fed. R. Civ. P. 26(a)(1)(C)]

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

The damages suffered by Plaintiff include lost sales, lost profits, lost goodwill, damage to the value of Plaintiff's marks, including without limitation THE WEATHER UNDERGROUND, WUNDERGROUND.COM, WEATHER STICKER, AUTOBRAND, WUNDERSEARCH, WUNDERMAP, WUNDERRADIO, WUNDER, WUNDERBLOG, WUNDERPHOTOS, WUND, and WUNDER Family of Marks, and may also be measured by Defendants' profits or a disgorgement of earnings related to infringement and other tortious actions. It is too early to provide a calculation of these categories until the extent of use, and the number of customers is fully discovered, which information is in the possession of Defendants.

Plaintiff, at its election, may also choose statutory damages of $100,000 per domain name pursuant to 15 U.S.C. § 1117 for violation of the Anti-Cybersquatting Consumer Protection Act (ACPA), 15 U.S.C. § 1125(d). At present, Plaintiff has identified 42 domains, which would total $4,200,000.00 in statutory damages plus attorney fees.

### IV. INSURANCE AGREEMENT [Fed. R. Civ. P. 26(a)(1)(D)]

For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Plaintiff has not identified any such insurance applicable to the claims in this matter.

Respectfully submitted this 29th day of December, 2009,

Enrico Schaefer (P43506)
Brian A. Hall (P70865)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, MI 49686
231-932-0411
enrico.schaefer@traverselegal.com

Lead Counsel for Plaintiff

Anthony P. Patti (P43729)
HOOPER HATHAWAY, PC
126 South Main Street
Ann Arbor, MI 48104
734-662-4426
apatti@hooperhathaway.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on 29th day of December, 2009, I served , I served a copy of in the above-referenced matter, by first class mail, with postage fully prepaid thereon, addressed to:

Enrico Schaefer (P43506)
Brian A. Hall (P70865)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, MI 49686
231-932-0411
enrico.schaefer@traverselegal.com
brianhall@traverselegal.com
Lead Attorneys for Plaintiff

Anthony P. Patti (P43729)
HOOPER HATHAWAY, PC
126 South Main Street
Ann Arbor, MI 48104
734-662-4426
apatti@hooperhathaway.com
Attorneys for Plaintiff

William A. Delgado (admitted pro hac vice)
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017
(213) 955-9240
williamdelgado@willenken.com
Lead Counsel for Defendants

John P. Jacobs (P15400)
JACOBS AND DIEMER, P.C.
500 Griswold Street, Suite 2825
Detroit, MI 48226-3480
(313) 965-1900
jpj@jpjpc.com
Local Counsel for Defendants

I certify the foregoing to be true and accurate to the best of my knowledge, information and belief.

Catherine Dittrich
Traverse Legal, PLC