# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**THE WEATHER UNDERGROUND, INC.,**   Case No. 09-10756
                                     Honorable Marianne O. Battani

      **Plaintiff,**

v.

**NAVIGATION CATALYST SYSTEMS, INC., et. al.,**

      **Defendants.**
_____/

# SCHEDULING ORDER

| EVENT | DEADLINE |
|---|---|
| Status Conference | May 12, 2010 at 2:30 p.m. |
| Discovery Cutoff | July 12, 2010 |

\* 7 Oral Depositions may be taken and 30 Written Depositions may be taken.

**IT IS SO ORDERED.**

**Date: 1/13/10**               s/Marianne O. Battani
                                **MARIANNE O. BATTANI**
                                **UNITED STATES DISTRICT JUDGE**


## CERTIFICATE OF SERVICE

Copies of this Order were served upon all counsel of record on this date by ordinary mail and/or electronic filing.

      s/Colette Motowski
      Colette Motowski, secretary to
      Judge Marianne O. Battani

DATED: 1/13/11