Weather Underground,
Incorporated,

                Plaintiff(s),

v.                                   Case No. 2:09–cv–10756–MOB–VMM
                                   Hon. Marianne O Battani

Navigation Catalyst Systems,
Incorporated, et al.,

                Defendant(s).

_____

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

   **IT IS ORDERED** that the following motion(s) is/are referred to United States Magistrate Judge Virginia M Morgan for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Motion to Compel – #29

                                s/ Marianne O Battani
                                Marianne O Battani
                                United States District Judge

### Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                s/ B. Thebolt
                                Deputy Clerk

Dated:   January 14, 2010