# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WEATHER UNDERGROUND, INC.,            Civil Action No. 09-10756

                Plaintiff(s),            District Judge Marianne O. Battani
     vs.                                   Magistrate Judge Virginia M. Morgan

NAVIGATION CATALYST SYSTEMS, INC.,
et al.,
                Defendant(s).
                                                        /

## NOTICE OF HEARING

The District Judge having entered an order pursuant to 28 U.S.C.636 (b)(1)(A) referring the following motion to United States Magistrate Judge Virginia M. Morgan for hearing and decision:

**Plaintiff's Motion to Compel Disclosure and for Sanctions (#29), filed January 11, 2010,**

The motion is set for hearing on **Wednesday, February 10, 2010 at 9:30 a.m.** before the Magistrate Judge at U.S. Courthouse, 200 East Liberty Street, **Ann Arbor**, Michigan 48104. Counsel may bring an appropriate order granting or denying the motion to the hearing.

The response to the motion **has been filed**. A separate copy of the response) shall be **mailed or hand delivered** to the Magistrate Judge.

**\*\*THERE WILL BE NO FURTHER NOTICE OF THESE DATES**

### SPECIAL REQUIREMENTS FOR DISCOVERY MATTERS

If the motion addresses discovery issues, counsel shall comply with Paragraphs A through D.

    A. Counsel shall meet and confer in accordance with Local Court Rule 37.1.

    B. If counsel are unable to resolve their differences, the movant shall prepare a **joint** list entitled "List of Unresolved Issues" as to the issues which remain in dispute. **The List should be delivered or faxed directly to the chambers of Magistrate Judge Virginia M. Morgan and is not to be filed with the Court**. The List is due on or before 12:00 NOON **February 5, 2010**. (Mailed, hand-delivered, or faxed (734) 741-2483.)

C. The List of Unresolved Issues shall be <u>one</u> document and include the following:

    1. Identification of each and every issue which remains in dispute, including any interrogatories and answers. The interrogatories and answers must be attached or copied into the list;

    2. The respective positions of each party on every issue which remains in dispute;

    3. Citations of authority that support the respective positions of each party on every issue which remains in dispute.

    4. The List of Unresolved Issues shall not incorporate by reference disputed interrogatories, requests for production, or requests to admit.

D. In the event that all issues are resolved, the movant shall prepare a proposed Stipulation and Order disposing of the motion. The proposed Stipulation and Order shall be delivered to Magistrate Judge Virginia M. Morgan's chambers by the date specified in Paragraph B.

Dated: January 28, 2010          <u>s/ Jane Johnson</u>
                                          Case Manager
                                          (734) 741-2378

**Copies served electronically and/or by ordinary mail on this date on the counsel of record.**