**Index of Exhibits to
Declaration of William A. Delgado**

| Exhibit | Description |
|---|---|
| A | Letter correspondence from Delgado to Schaefer |
| B | Notice of Intent to Serve Subpoena:  Facebook |
| C | Notice of Intent to Serve Subpoena:  Yahoo! (Flickr) |
| D | Notice of Intent to Serve Subpoena:  Netflix |
| E | Notice of Intent to Serve Subpoena:  Google (Orkut) |
| F | Notice of Intent to Serve Subpoena: Wikimedia Foundation (Wikipedia) |
| G | Notice of Intent to Serve Subpoena:  YouTube |
| H | E-mail correspondence from Delgado to Schaefer |