**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

THE WEATHER UNDERGROUND, INC.
a Michigan corporation,

    Plaintiff,

v.

**Honorable Marianne O. Battani**
**Case No. 2:09-cv-10756**

NAVIGATION CATALYST SYSTEMS, INC.,
a Delaware corporation; BASIC FUSION, INC., a
Delaware Corporation; CONNEXUS CORP., a
Delaware Corporation; and FIRSTLOOK, INC,
a Delaware Corporation,

    Defendants.
_____

| | |
|---|---|
| Enrico Schaefer (P43506) | Nicholas J. Stasevich (P41896) |
| Brian A. Hall (P70865) | BenJamin K. Seffans (P69712) |
| TRAVERSE LEGAL, PLC | J. Michael Huget (P39150) |
| 810 Cottageview Drive, Unit G-20 | BUTZEL LONG, a professional corporation |
| Traverse City, MI 49686 | 150 West Jefferson, Suite 100 |
| 231-932-0411 | Detroit, MI 48226 |
| Enrico.schaefer@traverselegal.com | 313-225-7000 |
| brianhall@traverselegal.com | Stasevich@butzel.com |
| *Attorneys for Plaintiff* | steffans@butzel.com |
| | huget@butzel.com |
| | Local Counsel for Defendants |
| | |
| Anthony P. Patti (P43729) | William A. Delgado (admitted pro hac vice) |
| HOOPER HATHAWAY, PC | WILLENKEN WILSON LOH & LIEB LLP |
| 126 South Main Street | 707 Wilshire Boulevard, Suite 3850 |
| Ann Arbor, MI 48104 | Los Angeles, CA 90017 |
| 734-662-4426 | 213-955-9240 |
| apatti@hooperhathaway.com | williamdelgado@willenken.com |
| *Attorneys for Plaintiff* | Lead Counsel for Defendants |

# NOTICE OF APPEARANCE

To:   Clerk of the Court
      Attorneys of Record

PLEASE TAKE NOTICE that J. MICHAEL HUGET of the firm BUTZEL LONG hereby appears as local counsel on behalf of all Defendants.


Dated: February 9, 2010

Respectfully submitted,

S/ J. Michael Huget
Nicholas J. Stasevich (P41896)
BenJamin K. Seffans (P69712)
J. Michael Huget (P39150)
BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI 48226
313-225-7000
Stasevich@butzel.com
steffans@butzel.com
huget@butzel.com
Local Counsel for Defendants

William A. Delgado (admitted pro hac vice)
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017
213-955-9240
williamdelgado@willenken.com
Lead Counsel for Defendants

## Certificate of Service

       I hereby state that a copy of the above Notice of Appearance will be served on Defendant with the Complaint and Summons.

| | |
|---|---|
| Dated: February 9, 2010 | Respectfully submitted, |
| | <u>s/ J. Michael Huget</u><br>J. Michael Huget |