UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Weather Underground,
Incorporated,

            Plaintiff(s),

v.                                      Case No. 2:09–cv–10756–MOB–VMM
                                      Hon. Marianne O Battani

Navigation Catalyst Systems,
Incorporated, et al.,

            Defendant(s).

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) is/are referred to United States Magistrate Judge Virginia M Morgan for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Motion for Protective Order – #36

                                      s/ Marianne O Battani
                                      Marianne O Battani
                                      United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                      s/ B. Thebolt
                                      Deputy Clerk

Dated:  February 11, 2010