# EXHIBIT A

| Company | Official Website | Other Website | Typosquats | Website | Website Use |
|---|---|---|---|---|---|
| Pulte Homes, Inc. | pulte.com | pultehomes.com | putehomes.com | http://welcome.homesbuilders.net/index.aspx?rid=777736&rname=putehomes.com&OptId=11 | Link site with home builder links |
| Dow Chemical | dow.com | | dsow.org | http://welcome.dsow.org/index.aspx | Website links for vitamins |
| DTE Energy | dteenergy.com | | steenergy.com | http://publicrecordsz.us/?rid=899143&rname=steenergy.com&OptId=11 | Redirects to publicrecordsz.us - a source for public records and searches |
| | | | wwwdteenergy.com | http://welcome.wwwdteenergy.com/inde | Contains competitor website links along |
| | | | deenergy.com | http://welcome.electriccommpany.org/index.aspx?rid=1165068&rname=deenergy.com&OptId=11 | Redirects to welcome.electriccommpany.org and other competitor website links. |
| | | | dteeergy.com | http://healthysnackz.info/?rid=3804609&rname=dteeergy.com&OptId=11 | Redirects to healthysnackz.info. and offers healthy living/eating website links. |
| | | | dteenegry.com | http://welcome.dteenegry.com/index.asp | Redirects to welcome.dteenegry.com. Misc. |
| | | | dteendergy.com | http://textsbooks.info/?rid=15992693&rname=dteendergy.com&OptId=11 | Redirects to textsbooks.info...an online bookstore. |
| Kelly Services | kellyservices.com | | ellyservices.com | http://ellyservices.com/ | Website offers competitor website links |
| BorgWarner | bwauto.com | borgwarner.com | brogwarner.com | http://welcome.brogwarner.com/index.aspx | Website offers misc. tv/movie/cartoon website links. |
| Borders Group | borders.com | | bordrrs.com | http://bookstoure.net/?rid=1607592&rname=bordrrs.com&OptId=11 | Website offers competitor website links for books online |
| | | | borderss.com | http://onlinebookstorez.net/?rid=345556&rname=borderss.com&OptId=11 | Redirects to onlinebookstorez.net. Offers competitor website links for books online. |
| | | | bordsers.com | http://onlinebooksstore.us/?rid=1202644&rname=bordsers.com&OptId=11 | Redirects to onlinebooksstore.us. Offers competitor website links for books online. |
| | | | bordfers.com | http://onlineebookstore.net/?rid=195666 1&rname=bordfers.com&OptId=11 | Redirects to onlineebookstore.net. Offers competitor website links. |
| La-Z-Boy | la-z-boy.com | | la-z-bpy.com | http://welcome.la-z-bpy.com/index.aspx | Redirects to welcome.la-z-bpy.com and offers misc. unrelated website links. |