UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Weather Underground,
Incorporated,

                Plaintiff(s),

v.                                      Case No. 2:09−cv−10756−MOB−VMM
                                      Hon. Marianne O Battani

Navigation Catalyst Systems,
Incorporated, et al.,

                Defendant(s).

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Virginia M Morgan at the United States District Court, 200 East Liberty Street, Ann Arbor, Michigan. The following motion(s) are scheduled for hearing:

Motion for Protective Order − #36

- MOTION HEARING:  3/15/10 at 02:30 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                    By: s/ J. Johnson
                                           Case Manager

Dated:   February 23, 2010