# EXHIBIT T

## LIST OF INFRINGING DOMAIN NAMES

| # | DOMAIN NAME | REGISTRATION DATE |
|---|---|---|
| 1 | gunderground.com | 09/15/04 |
| 2 | newundergroundgames.com | 05/14/04 |
| 3 | nweundergroung.com | 03/17/06 |
| 4 | qwunderground.com | 10/22/07 |
| 5 | ranunderground.com | 11/24/08 |
| 6 | sndunderground.com | 08/03/04 |
| 7 | swunderground.com | 08/06/04 |
| 8 | theundergroundweather.com | 10/21/05 |
| 9 | thewunderground.com | 10/07/07 |
| 10 | tropicalunderground.com | 09/29/04 |
| 11 | tropicalweatherunderground.com | 10/01/07 |
| 12 | udergroundweather.com | 07/07/04 |
| 13 | ugroundweather.com | 07/15/04 |
| 14 | ugweather.com | 09/10/04 |
| 15 | undegroundweather.com | 09/02/04 |
| 16 | underfround.com | 01/14/07 |
| 17 | undergground.com | 10/08/08 |
| 18 | undergoundweather.com | 08/17/04 |
| 19 | undergroudweather.com | 09/14/04 |
| 20 | underground2.com | 05/19/04 |
| 21 | undergroundw.com | 05/19/04 |
| 22 | undergroundwaether.com | 09/17/04 |
| 23 | undergroundweatherreport.com | 03/22/07 |
| 24 | undergroundwheather.com | 09/08/04 |
| 25 | undergroundwhether.com | 05/09/05 |
| 26 | undergroundwweather.com | 01/15/08 |
| 27 | undergroungweather.com | 09/07/04 |
| 28 | undergrounweather.com | 09/15/04 |
| 29 | undergrownd.com | 05/14/04 |
| 30 | undunderground.com | 02/27/09 |
| 31 | unerground.com | 07/09/04 |
| 32 | uundergroundweather.com | 07/25/05 |
| 33 | watherunderground.com | 09/02/04 |
| 34 | weaherunderground.com | 09/13/04 |
| 35 | weahterunderground.com | 09/07/04 |
| 36 | weartherunderground.com | 09/27/04 |
| 37 | weatehrunderground.com | 09/27/04 |
| 38 | weatgerunderground.com | 11/10/07 |
| 39 | weathernuderground.com | 08/24/06 |
| 40 | weatherontheground.com | 09/13/04 |
| 41 | weatherunbderground.com | 06/28/07 |

| # | DOMAIN NAME | REGISTRATION DATE |
|---|---|---|
| 42 | weatherundergound.net | 02/17/07 |
| 43 | weatherundergriund.com | 09/17/04 |
| 44 | weatherundergrouind.com | 09/13/04 |
| 45 | weatherundergroumd.com | 09/14/04 |
| 46 | weatherundergroundl.com | 07/12/07 |
| 47 | weatherundergrounf.com | 11/27/07 |
| 48 | weatherundergrpound.com | 08/20/07 |
| 49 | weatherunderround.com | 09/09/04 |
| 50 | weatherundewrground.com | 04/26/07 |
| 51 | weatherundreground.com | 09/07/04 |
| 52 | weatherunferground.com | 02/21/08 |
| 53 | weathrunderground.com | 09/07/04 |
| 54 | weattherunderground.com | 09/14/04 |
| 55 | wetaherunderground.com | 02/12/08 |
| 56 | wewatherunderground.com | 04/14/07 |
| 57 | whetherunderground.com | 09/07/04 |
| 58 | winderground.com | 08/02/04 |
| 59 | wondergrounds.com | 10/13/04 |
| 60 | wondergroundweather.com | 08/23/04 |
| 61 | wumderground.com | 09/08/04 |
| 62 | wundeerground.com | 07/22/04 |
| 63 | wunderfround.com | 09/07/04 |
| 64 | wundergroundr.com | 01/15/08 |
| 65 | wundergtound.com | 09/06/05 |
| 66 | wunderphotos.com | 09/30/04 |
| 67 | wundertground.com | 06/26/07 |
| 68 | wunderunderground.com | 09/10/04 |
| 69 | wunederground.com | 12/30/05 |
| 70 | wungerground.com | 09/14/04 |
| 71 | wunnderground.com | 09/29/04 |
| 72 | wwatherunderground.com | 03/26/09 |
| 73 | wweatherunderground.com | 09/13/04 |
| 74 | wwwund.com | 09/08/04 |