EXHIBIT H

(Contains Confidential Information

Filed Under Seal)