# Exhibit J

2:09-cv-10756-MOB-VMM   Doc # 185-2   Filed 07/15/11   Pg 1 of 5   Pg ID 3662

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

THE WEATHER UNDERGROUND, INC.,      )
    a Michigan Corporation,          )
                                       )
        Plaintiff,               )
                                       )
  vs.                               ) Case No. 2:09-CV-10756
                                       )
NAVIGATION CATALYST SYSTEMS,      ) Volume I
INC., a Delaware corporation;     )
BASIC FUSION, INC., a Delaware    )
corporation; CONNEXUS CORP., a    )
Delaware corporation; and         )
FIRSTLOOK, INC., a Delaware       )
corporation,                      )
                                       )
        Defendants.              )
                                     )

- CONFIDENTIAL - UNDER SEAL -

DEPOSITION OF ARTHUR V. SHAW
Los Angeles, California
Wednesday, June 8, 2011

Reported by:  Linda D. White
              CSR No. 12009
NDS Job No.:  142760

1  merger; is that correct?
2  A.   (Witness nods head.)
3  Q.   You have to answer yes or no.
4  A.   I'm sorry.
5  Q.   Just because they have to take it down.
6  A.   Yes, you're correct.  Say that again.
7  Will you repeat that, please.
8  Q.   This is the Connexus Organizational Chart
9  in December of 2009, which would have been several
10 months before the merger agreement was signed?
11 A.   Correct.
12 Q.   And I presume that during December of
13 2009, that you would have been engaged in some
14 discussions with Epic Advertising about that deal?
15 A.   Yes.
16 Q.   All right.  Tell me a little bit about how
17 that came to pass.
18      Were you directly involved in the initial
19 discussions concerning the Epic Advertising deal?
20 A.   Yes.
21 Q.   Who found who?
22 A.   We were introduced by bankers to each
23 other.
24 Q.   All right. And what is the approximate
25 time frame there?  In 2009 sometime?

1    A.   I believe we were originally introduced,
2    perhaps an estimate would be a year prior and -- in
3    other words, at the end of 2008, and then
4    reacquainted in late 2009.
5    Q.   All right.
6    A.   And I believe it was predominantly the
7    bankers, the head of Epic Advertising and myself,
8    head of Connexus.
9    Q.   All right.  And so in late December 2009,
10   there's an organizational chart, and it looks a
11   little bit different.  If we could take a look at
12   that.
13        As we've indicated, it looks like
14   Matchpoint's gone at this point?
15   A.   Correct.
16   Q.   And Mr. Pirrone has had his title change
17   in the last -- in the intervening seven or eight
18   months.  To that of chief administrative officer.
19   Is that accurate?
20   A.   Correct.
21   Q.   What was that change all about?  He went
22   from general counsel to chief administrative officer
23   of Connexus?
24   A.   He had essentially taken over HR office
25   management.  And so it was more of a recognition of

Confidential - Under Seal

ERRATA SHEET

If any corrections to your deposition are necessary, indicate them on this sheet, giving the change, page number, line number and reason for change.

| PAGE | LINE | FROM | TO |
|---|---|---|---|
| 14 | 12 | 2005 | 2004 |

Reason  Correction

| 46 | 22 | Levinschein | Levinson |

Reason  Misspelling of name

| 46 | 23 | Harmon | Harman |

Reason  Misspelling of name

| 47 | 6, 9, etc. | Ideal | Idea |

Reason  Misspelling of name

| 89 | 2 | Coms Corp | ComScore |

Reason  Incorrect

| 96 | 18 | here | year |

Reason  Incorrect

| 98 | 11 | Defrankel | DiFranco |

Reason  Misspelling

Reason _____

Reason _____

Signature of Deponent    Date  7/8/11

141