Exhibit K



Search Site

- Stripes' Approach
- Team
- Portfolio
- For Intermediaries
- For Investors
- Press & Media
- Jobs
- Contact

< Return to Stripes News

April 16th, 2010



### Epic Advertising Acquires Connexus Corporation

**March 24, 2010** - Stripes Group is pleased to announce that on March 24, 2010, its portfolio company Epic Advertising (**epicadvertising.com**) acquired Connexus Corporation (**connexuscorp.com**). The combined company forms one of the largest privately-owned digital media companies globally that offers best-in-class advertising services to branded advertisers as well as direct marketers.

Connexus, owner of Traffic Marketplace, is a top-ten branded online ad network and social media company. Traffic Marketplace delivers relevance in online display, registration path, mobile and social media advertising, empowering advertisers to reach, target, and engage their ideal audience. Epic Advertising is the world's largest privately-owned performance network and search marketing company working with more than 45,000 advertisers and publishers to provide measurable internet advertising impact.

Together, the businesses are a one-stop interactive marketing company featuring best-in-breed brand and direct response campaign fulfillment, solving client needs across a wide range of digital traffic types including Display, Search, Social Media, Mobile, Video and E-mail. Epic and Connexus are able to provide advertisers with an integrated media plan that is traffic-type agnostic and serves to measure brand effectiveness and facilitate customer acquisition, targeting the right audience, at the right time, in the right channel.

Don Mathis, CEO of Epic, explained: "We are thrilled about this highly strategic acquisition which will solidify the Company's market position, create an un-paralleled demand-side ad platform capability and accelerate our growth."

Ken Fox, Founder and Managing Partner of Stripes Group, who will continue as a member of the Board of Directors added, "We are excited to support an exceptional management team at Epic in this acquisition. The combination of Epic and Connexus will create a leader in the industry with unmatched strategic resources to provide relevance and performance for their advertisers and publishers."

"We're combining two market leaders," said Connexus CEO, Art Shaw. "Traffic Marketplace has been helping Fortune 500 companies build brand awareness and acquire customers by targeting consumers online, and Epic is the dominant player in customer acquisition for a range of advertisers. Both companies will continue to grow their core competencies, while we combine our data and technology to increase relevance across all our businesses."

Epic was supported in this acquisition by its existing institutional investors, Stripes Group and TA Associates. Connexus was supported in this transaction by its existing institutional investors, Idealab, Insight Venture Partners, Oak Investment Partners, and Trilogy Capital Partners.

**Transaction and Company Highlights**

- Epic and Connexus combine to form one of the largest privately-owned digital media companies globally
- Together the businesses comprise a multichannel advertising resource featuring best-in-breed brand and direct response campaign fulfillment
- The combined company offers advertisers and publishers the ability to access Display, Search, Social Media, Mobile, Video and E-mail digital media traffic from over 225 countries and territories around the world
- Epic was supported in this acquisition by existing institutional investors Stripes Group and TA Associates
- Ken Fox will continue to serve as a member of the Board of Directors of the Company

**Stripes Group Contact:**

Wane Marino

Wayne@Stripesgroup.com

212-823-0733

< Return to Stripes News

# Press Release Archive



**2011**

- June 2011
- May 2011
- April 2011
- March 2011
- February 2011
- January 2011

**2010**

- December 2010
- October 2010
- April 2010
- March 2010
- January 2010

**2009**

- December 2009
- November 2009
- October 2009
- August 2009
- July 2009
- June 2009
- May 2009
- April 2009
- March 2009
- February 2009

**2008**

- October 2008
- September 2008
- August 2008
- July 2008
- June 2008
- May 2008
- April 2008
- March 2008
- February 2008
- January 2008

**2007**

- November 2007
- October 2007
- August 2007

**2006**

- January 2006

- 
    - Home
    - Investment Approach
    - Team
    - Portfolio
    - For Intermediaries
    - For Investors
    - Press & Media
    - Jobs
    - Contact
- 
    - © Stripes Group 2009. All rights reserved. Terms of Use