IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THE WEATHER UNDERGROUND, INC.,
   a Michigan corporation,

       Plaintiff,

vs.

Case No. 2:09-CV-10756
Hon. Marianne O. Battani

NAVIGATION CATALYST SYSTEMS, INC.,
   a Delaware corporation; CONNEXUS CORP.,
   a Delaware corporation; FIRSTLOOK, INC.,
   a Delaware corporation; and EPIC MEDIA
   GROUP, INC., a Delaware corporation,

       Defendants.

_____

| | |
|---|---|
| Enrico Schaefer (P43506) | William A. Delgado |
| Brian A. Hall (P70865) | WILLENKEN WILSON LOH & LIEB LLP |
| TRAVERSE LEGAL, PLC | 707 Wilshire Boulevard, Suite 3850 |
| 810 Cottageview Drive, Unit G-20 | Los Angeles, CA  90017 |
| Traverse City, MI  49686 | (213) 955-9240 |
| 231-932-0411 | williamdelgado@willenken.com |
| enrico.schaefer@traverselegal.com | Lead Counsel for Defendants |
| brianhall@traverselegal.com | |
| Lead Attorneys for Plaintiff | Nicholas J. Stasevich (P41896) |
| | Benjamin K. Steffans (P69712) |
| Anthony P. Patti (P43729) | BUTZEL LONG, P.C. |
| HOOPER HATHAWAY, PC | 150 West Jefferson, Suite 100 |
| 126 South Main Street | Detroit, MI  48226 |
| Ann Arbor, MI  48104 | (313) 225-7000 |
| 734-662-4426 | stasevich@butzel.com |
| apatti@hooperhathaway.com | steffans@butzel.com |
| Attorneys for Plaintiff | Local Counsel for Defendants |

_____

**<u>EPIC MEDIA GROUP, INC.S' APPENDIX OF AUTHORITIES IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Epic Media Group, Inc. hereby submits its Appendix of Authorities in Support of Its Motion for Summary Judgment:

Exhibit 1: *Baldwin Enters., Inc. v. Retail Ventures, Inc.*, 2010 WL 624261 (S.D. Ill. Feb. 18, 2010)

Exhibit 2: *Bennett v. America Online, Inc.*, 2007 WL 2178317 (E.D. Mich. July 27, 2007)

Exhibit 3: *First Presbyterian Church of Ypsilanti v. H.A. Howell Pipe Organs, Inc.*, 2010 WL 419972 (E.D. Mich. Feb. 1, 2010)

Exhibit 4: *Hariton v. Arco Electronics, Inc.*, 182 A.2d 22 (Del. Ch. 1962)

Exhibit 5: *In re Welding Fume Prods. Liab. Litig.*, 2010 WL 2403355 (N.D. Ohio June 11, 2010)

Exhibit 6: *ITT Corp. v. Borgwarner Inc.*, 2009 WL 2242904 (W.D. Mich. July 22, 2009)

Exhibit 7: *Johnson Controls, Inc. v. J.F. Dunn Enters., Inc.*, 2009 WL 415706 (E.D. Mich. Feb. 19, 2009)

Exhibit 8: *Lewis v. Ward*, 852 A.2d 896, 906 (Del. Sup. Ct. 2004)

Exhibit 9: *Scott v. NG U.S. 1, Inc.*, 881 N.E.2d 1125, 1134 (Mass. 2008)

Exhibit 10: *Saginaw Property, LLC v. Value City Dep't Stores, LLC*, 2009 WL 3536616 (E.D. Mich. Oct. 30, 2009)

Exhibit 11: *Phoenix Life Ins. Co. v. LaSalle Bank N.A.*, 2009 WL 877684 (E.D. Mich. March 30, 2009)

Exhibit 12: *Poole v. Sofamor Danek Group, Inc.*, 1998 WL 1041328 (E.D. Mich. Dec. 9, 1998)

//
//

1

Exhibit 13: *Wallace ex rel. Cencom Cable Income Partners II, Inc., L.P. v. Wood*, 752 A.2d 1175 (Del. Ch. 1999)

RESPECTFULLY SUBMITTED this 15th day of July, 2011.

*/s/William A. Delgado*
William A. Delgado
WILLENKEN WILSON LOH & LIEB, LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017
(213) 955-9240
williamdelgado@willenken.com
Lead Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2011, I electronically filed the foregoing paper with the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Enrico Schaefer (P43506)<br>Brian A. Hall (P70865)<br>TRAVERSE LEGAL, PLC<br>810 Cottageview Drive, Unit G-20<br>Traverse City, MI  49686<br>231-932-0411<br>enrico.schaefer@traverselegal.com<br>brianhall@traverselegal.com<br>Lead Attorneys for Plaintiff | Nicholas J. Stasevich (P41896)<br>Benjamin K. Steffans (P69712)<br>BUTZEL LONG, P.C.<br>150 West Jefferson, Suite 100<br>Detroit, MI  48226<br>(313) 225-7000<br>stasevich@butzel.com<br>steffans@butzel.com<br>Local Counsel for Defendants |
| Anthony P. Patti (P43729)<br>HOOPER HATHAWAY, PC<br>126 South Main Street<br>Ann Arbor, MI  48104<br>734-662-4426<br>apatti@hooperhathaway.com<br>Attorneys for Plaintiff | William A. Delgado<br>WILLENKEN WILSON LOH & LIEB LLP<br>707 Wilshire Boulevard, Suite 3850<br>Los Angeles, CA  90017<br>(213) 955-9240<br>williamdelgado@willenken.com<br>Lead Counsel for Defendants |

*/s/William A. Delgado*
William A. Delgado
WILLENKEN WILSON LOH & LIEB, LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA  90017
(213) 955-9240
williamdelgado@willenken.com
*Lead Counsel for Defendants*