IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THE WEATHER UNDERGROUND, INC.,
   a Michigan corporation,

      Plaintiff,

vs.

NAVIGATION CATALYST SYSTEMS,
INC., a Delaware corporation;
CONNEXUS CORP., a Delaware
corporation; FIRSTLOOK, INC., a
Delaware corporation; and EPIC
MEDIA GROUP, INC., a Delaware
corporation;

      Defendants.

Case No. 2:09-CV-10756
Hon. Marianne O. Battani

_____

| | |
|---|---|
| Enrico Schaefer (P43506) | Nicholas J. Stasevich (P41896) |
| Brian A. Hall (P70865) | Benjamin K. Steffans (P69712) |
| TRAVERSE LEGAL, PLC | Bruce L. Sendek (P28095) |
| 810 Cottageview Drive, Unit G-20 | BUTZEL LONG, PC |
| Traverse City, MI  49686 | 150 West Jefferson, Suite 100 |
| 231-932-0411 | Detroit, MI  48226 |
| enrico.schaefer@traverselegal.com | (313) 225-7000 |
| brianhall@traverselegal.com | stasevich@butzel.com |
| Lead Attorneys for Plaintiff | steffans@butzel.com |
| | sendek@butzel.com |
| | Local Counsel for Defendants |
| Anthony P. Patti (P43729) | |
| HOOPER HATHAWAY, PC | William A. Delgado (admitted pro hac vice) |
| 126 South Main Street | WILLENKEN WILSON LOH & LIEB LLP |
| Ann Arbor, MI  48104 | 707 Wilshire Boulevard, Suite 3850 |
| 734-662-4426 | Los Angeles, CA  90017 |
| apatti@hooperhathaway.com | (213) 955-9240 |
| Attorneys for Plaintiff | williamdelgado@willenken.com |
| | Lead Counsel for Defendants |

_____

**ORDER TO REMOVE IMAGE AND FILE UNDER SEAL**

On July 15, 2011, Plaintiff The Weather Underground filed its Motion for Summary Judgment with exhibits, both sealed and unsealed (Dkt. Nos. 189 and 190). Exhibit II (Attachment 23, to Dkt. No. 189) was inadvertently filed unsealed. Plaintiff requests that this Exhibit be removed and filed under seal.

For the reasons stated above, Plaintiff's Exhibit II to its Motion for Summary Judgment is hereby removed from the Docket and filed under seal.

**IT IS SO ORDERED.**

                                          s/Marianne O. Battani
                                          MARIANNE O. BATTANI
                                          UNITED STATES DISTRICT JUDGE

Date: August 1, 2011