## **EXHIBITS**

A.  Art Shaw Deposition
B.  Merger Announcements
C.  David Graff Deposition
D.  Epic Board Meeting, 6-2-10, Slide 29
E.  Epic Board Meeting, 7-29-10, slides 19-20
F.  Consolidated Balance Sheet – April 2011
G.  Epic Board Meeting, 7-29-10, Slide 5
H.  List of domains still owned by Connexus
I.  Connexus Bank Account Ledger