

Send a release
Member sign in
Become a member
For journalists
Global sites

Search       Advanced Search
⊙ Products & Services   ⊙ News Releases

Products & Services       Knowledge Center       Browse News Releases       Contact PR Newswire

See more news releases in: Computer Electronics, Multimedia & Internet, Social Media, Advertising, Publishing & Information Services, Acquisitions, Mergers and Takeovers

## Connexus Corporation and Epic Advertising Announce Merger



Top independent ad network to combine with leading global performance network and search marketing company to form one of the largest privately-owned digital media companies in the world

NEW YORK, March 24 /PRNewswire/ -- Connexus Corporation, owner of Traffic Marketplace, the premier online ad network and social media company, and Epic Advertising, the world's largest privately-owned performance network and search marketing company, today announced their intent to merge. The two companies will combine to form one of the largest private digital media companies globally, offering advertisers and publishers the ability to access display, search and social media internet traffic from over 225 countries and territories around the world.

Traffic Marketplace is a top 10 comScore ranked ad network while Epic works with more than 45,000 advertisers and publishers in the United States and internationally. Together, they reach over 80% of the US internet audience. The combined company will provide a full spectrum of digital marketing services, from brand building to customer acquisition. Moreover, by combining both technology platforms, the company expects to deploy a tightly integrated demand-side ad platform for its clients, creating the most efficient means to access target audiences across all forms of digital distribution channels including search, display, social media, video and mobile. The combined companies will focus on building integrated campaigns for advertisers and marketers that utilize a multi-channel approach and leverage intent data from a variety of sources to improve relevance.

Don Mathis, CEO of Epic Advertising explained: "Delivering successful digital advertising campaigns requires scale, technology and execution. Integrating our technology architectures will provide the combined company with an unparalleled demand-side ad platform capability. Moreover, we will be the leading private player of scale in the sector, and that matters: scale is reach and scale begets data. And data begets relevance for the advertisers' campaigns."

The Traffic Marketplace technology platform integrates data from multiple sources to increase relevance for its advertisers, with a specialty in correlating intent-based data to improve its targeting and analytics. Epic's technology leverages a patent-pending approach to improving the effect of branding focused campaigns on customer acquisition programs. Together, the companies will be unmatched in providing relevance and performance for their advertisers and publishers on a global basis.

"We're combining two market leaders," said Connexus CEO Art Shaw.  "Traffic Marketplace has been helping Fortune 500 companies build brand awareness and acquire customers by targeting consumers online, and Epic is the dominant player in customer acquisition for a range of advertisers. Both companies will continue to grow their core competencies, while we combine our data and technology to increase relevance across all our businesses.  In addition, as experts in understanding consumer trends, we will continue to aggressively expand our reach internationally and within emerging social, video and mobile markets."

The combined entity has offices in Los Angeles, New York, Toronto, London, San Francisco, Chicago, Dallas, Detroit and the Silicon Valley.

**ABOUT CONNEXUS:**

Connexus Corporation (www.connexuscorp.com) owns Traffic Marketplace, the premier B2A™ (Business-to-Audience) digital marketing company, Traffic Marketplace delivers relevance in online display, registration path, mobile and social media advertising by empowering advertisers to reach, target, and engage their ideal audience. With access to over 140mm unique monthly users, Traffic Marketplace reaches more than 71% of the U.S. Internet population. Through powerful esp targeting technology, Traffic Marketplace can intelligently identify and deliver virtually any target audience. By employing proprietary engagement solutions such as eyengage® rich media, livemarkets™ in-banner chat technology, and inFact™ content creation service, Traffic Marketplace helps advertisers intrigue, inspire and engage their customers. For more information, log on to www.connexuscorp.com.

**ABOUT EPIC ADVERTISING:**

Epic Advertising (www.epicadvertising.com) is a global online performance network and search marketing company that provides advertisers and agencies with measurable Internet advertising impact. Leveraging proprietary and patent-pending technologies, and more than 45,000 publishers, Epic provides its advertising partners with performance and direct response marketing services, search engine marketing, media planning, branded marketing campaigns and targeted, worldwide online reach. For more information, log on to www.epicadvertising.com.

SOURCE Epic Advertising



**Featured Video**

Transport Simulator "Cities in Motion" Released Today

Print   Email   RSS

Share it ▾

Blog it ▾

Blog Search ▾

**Other News Releases in Computer Electronics**

Medical Website Design Company Aurora Information Technology Discusses Best Marketing Practices for Physicians

Wrox Press Books Added to Safari Books Online

Hospitals Missing Opportunities on Facebook: Results of First Ever Study on How Hospitals Use Facebook

**Other News Releases in Acquisitions, Mergers and Takeovers**

Max Media Group, Inc. Enters Letter of Intent to Acquire Golden Voice Media, LLC and Rights to Ted 'Golden Voice' Williams

Oramed Pharmaceuticals Sells its Stake in Entera Bio for $1.15 Million; Buyer Also to Invest $250,000 in Oramed

RockResorts Welcomes Bimini Bay Resort and Marina, a 350-Unit Resort in The Bahamas

**Journalists and Bloggers**

Visit PR Newswire for Journalists for releases, photos, ProfNet experts, and customized feeds just for Media.

View and download **archived video** content distributed by MultiVu on The Digital Center.

Back to top
RELATED LINKS
http://www.epicadvertising.com

0  0  0    Next in Computer Electronics News

**Contact PR Newswire**

Request more information or call us at (888) 776-0942

**Become a Member**

Fill out a PR Newswire membership form or contact us at (888) 776-0942.

**Custom Packages**

Browse our custom packages or build your own to meet your unique communications needs.

Start today.

About PR Newswire | Contact PR Newswire | PR Newswire's Terms of Use Apply | Careers | Privacy | Site Map | RSS Feeds | Blog
Copyright © 1996-2011 PR Newswire Association LLC. All Rights Reserved.
A United Business Media company.

2:09-cv-10756-MOB-VMM   Doc # 205-3   Filed 08/15/11   Pg 3 of 3   Pg ID 5673

**SmartBrief**

Help | My account

SmartBrief > Advertising > AAF SmartBrief > Latest Industry Press Releases

**Browse Industries**
   Advertising

**AAF SmartBrief**
   News
   Press Releases
   SmartBlogs
   Jobs
      View Job Listings
      Post a Job
      Job Listings FAQ's
   Most Clicked Stories
   AAF News
   Archive
   RSS

**Find/Post Jobs**

**Partner With Us**

**Advertise**

**About SmartBrief**

**Reader Polls**

PR NEWSWIRE | 79 DAYS 7 HOURS 7 MINUTES AGO

## Epic Advertising and Connexus Corporation Finalize Merger

LOS ANGELES and NEW YORK, May 18 /PRNewswire/ -- Epic Advertising and Connexus Corporation today announced the completion of their merger, and the formation of Epic Media Group as the parent company. Epic Media Group will be headquartered in both Los Angeles, CA and New York, NY, with additional offices in Toronto, the San Francisco Bay Area, London, Chicago and Dallas.

The company's top-10 ranked network, Traffic Marketplace, remains as the brand leader and cornerstone of the company. Traffic distribution business units include the Traffic Marketplace network, tmpSocial, Epic Direct and FirstLook Search. Other brands included in Epic Media Group's suite of offerings include Online Intelligence, the company's brand protection and integrity assurance arm, as well as *Winning the Web*, the company's monthly business publication.

Art Shaw, CEO of Epic Media Group, said "The early stages of our merger have gone very well. Epic has been a strong brand for years now, and we are excited to retain it as our corporate brand. Traffic Marketplace has grown into a top brand in the digital marketing ecosystem. We are excited about several early wins for clients, especially in social media, and look to build upon it in the months to come."

By combining both technology platforms, the company is deploying a tightly integrated ad platform for its clients, creating the most efficient means to access target audiences across all forms of digital distribution channels including search, display, social media, video and mobile. Specifically, the company is actively working with clients in formulating social media engagement campaigns with elements of branded display and performance-based solutions, showcasing the true power of the new company. Some of the major elements provided to clients so far include branded Facebook applications, branded Twitter applications, video advertising, targeted display advertising, and performance-based virtual currency campaigns.

Don Mathis, President of Epic Media Group, adds, "From the day Epic Advertising and Connexus agreed to come together, Art and I were excited at the potential of our union to create a truly integrated, multi-channel platform-based digital marketing company. No other company in the sector has such a cross-channel, data-driven offering – and we are already seeing positive results. Our strategy is clear, and that is to be the leading ad intermediary company in the world for all digital media."

For more information, log onto www.theEpicMediaGroup.com.

**About Epic Media Group:**

Epic Media Group is the preeminent privately-held global digital marketing solutions company, with deep expertise in managing a full spectrum of advertising services, from brand-building and engagement to performance-based customer acquisition solutions. The company relentlessly focuses on delivering the most comprehensive and cost-effective strategic digital marketing campaigns for advertisers of all sizes, across all industries and around the world. Epic Media Group provides its advertising services by intelligently and cost effectively accessing consumers across multiple traffic distribution channels in integrated campaigns, while simultaneously offering the most sophisticated campaign analytics and integrity assurance capabilities available in the marketplace today.

SOURCE Epic Advertising

**< Return to Press Releases**

Articles appearing above are picked up from PR Newswire's feed. Stories from this feed are submitted by companies, edited and rereleased as a service of PR Newswire.

**Sign up for AAF SmartBrief**

Your E-mail address   [SUBSCRIBE]



Designed specifically for advertisers, agencies and media companies, AAF SmartBrief is a FREE daily e-mail newsletter. By providing the latest need-to-know industry news and information AAF SmartBrief saves you time and keeps you smart. Sign up today to receive AAF SmartBrief. Learn more

▶ VIEW SAMPLE

© 1999-2010 SmartBrief, Inc. | Terms of Use | Send Feedback | Frequently Asked Questions (FAQ) | Privacy and Legal Information

About SmartBrief | Advertise with SmartBrief | Sign up for Newsletters | Partner with SmartBrief