UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE WEATHER UNDERGROUND, INC.,
a Michigan corporation,

                Plaintiff,

v.

NAVIGATION CATALYST SYSTEMS, INC.,
a Delaware corporation,

                Defendant.
_____/

CASE NO. 09-10756

HON. MARIANNE O. BATTANI

### ORDER GRANTING DEFENDANTS CONNEXUS, FIRSTLOOK AND NAVIGATION CATALYST SYSTEMS, INC.'S MOTION TO STRIKE REPORT OF CHRISTOPHER SCHWERZLER AND PROHIBIT HIS TESTIMONY ON SAME AT TRIAL AND GRANTING DEFENDANT <u>EPIC MEDIA GROUP INC.'S MOTION FOR SUMMARY JUDGMENT</u>

This matter is before the Court on Defendant's to Strike Report of Christopher Schwerzler and Prohibit his Testimony on Same at Trial (Doc. No. 202), and Defendants Epic Media Group Inc.'s Motion for Summary Judgment (Doc. No. 178). For the reasons stated on the record at a hearing held September 15, 2011, the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that the status conference scheduled for September 26, 2011, is **CANCELLED**.

**IT IS SO ORDERED.**

                                        s/Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        UNITED STATES DISTRICT JUDGE

Date: <u>September 21, 2011</u>

## CERTIFICATE OF SERVICE

Copies of this Order were mailed and/or electronically filed to counsel of record on this date.

s/Bernadette M. Thebolt
Case Manager
