**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| THE WEATHER UNDERGROUND, INC., a Michigan corporation, | CASE NUMBER: 09-10756 |
| | HON. MARIANNE O. BATTANI |
| Plaintiff, | |
| v. | |
| NAVIGATION CATALYST SYSTEMS, INC., etal, | |
| Defendants. | |

_____/

### ORDER GRANTING MOTION TO CONTINUE TRIAL DATE

Pending before the Court is Defendants Connexus Corporation, Firstlook, Inc. And Navigation Catalyst Systems, Inc.'s Motion to Continue Trial Date (Doc #271), filed on March 5, 2012. For reasons more fully discussed during a telephonic conference held on March 7, 2012, the motion is GRANTED.

IT IS SO ORDERED.

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

_____

CERTIFICATE OF SERVICE

Copies of this Order were mailed and/or electronically filed to all counsel of record on this date.

s/Colette Motowski
Secretary

March 8, 2012