## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Summons and Complaint in American Media, Inc. v. Epic Media Group |
| Exhibit B | March 2012 e-mail from Vito Lella to David Graff |
| Exhibit C | E-mail Notification of lawsuit filed by David Halliday against Connexus Corporation |
| Exhibit D | Blog Article entitled "Former Epic Execs: Leaving A Sinking Ship?" |
| Exhibit E | Blog Article entitled "Epic Fails: Who Is Next?" |

**125519.1**