# EXHIBIT B

# William Delgado

| | |
|---|---|
| **From:** | Vito Lella <accordassociates@comcast.net> |
| **Sent:** | Tuesday, March 20, 2012 10:44 AM |
| **To:** | 'Eric R. McDonough'; William Delgado; david.graff@theepicmediagroup.com |
| **Subject:** | Datalogix / Epic Marketplace |
| **Attachments:** | 20120215epicmedia_stmt.pdf |

Gentlemen,

Attached please find a copy of an outstanding statement which your client Epic owes to my client, Datalogix in Westminster, CO. I have over the last 2 weeks tried unsuccessfully albeit with great vigor to speak to someone at the company. No one has returned any of my calls or done anything to reasonably address this claim.

My client is exhausted in dealing with this matter and will be filing suit to collect the balance owed to them unless someone address' this matter in a reasonable fashion. Continued non responsiveness will ensure the suit is filed soon.

Accordingly, unless I hear from someone by Friday March 23, 2012 I will have to advise my client to not only file suit but to begin involuntary filing consideration as we are aware of a number of other creditor claims which are in arrears. We would of course hope to avoid that altogether but not having anyone own this matter would leave them little choice.

Thank you and I look forward to hearing from one of you.

Best Regards,

Vito E. Lella
Accord Associates Denver, Ltd.
8792 Mourning Dove Ln.
Highlands Ranch, CO 80126
303 683-6434 Tel.
303 683-2685 Fax
www.accordassociatesdenver.com