# EXHIBIT C

# William Delgado

| | |
|---|---|
| **From:** | CNS Dinger <dinger@courthousenews.com> |
| **Sent:** | Wednesday, May 09, 2012 3:20 AM |
| **To:** | William Delgado |
| **Subject:** | CNS: Connexus - new litigation |

## Courthouse News Service

Not Subscribed to Northern California Regional Report: $5 Fee

| | |
|---|---|
| Plaintiffs: | David Halliday |
| Defendants: | Connexus Corporation |
| Court Name: | El Dorado Superior Court, California |
| Case Number: | PC12 0255 |
| Judge: | |
| Filing Date: | 5/2/2012 |
| NOS: | |
| Summary: | Contract. Plaintiff won a jackpot from defendant's predecessor, Jackpot.com dba The Vendare Group. He was to receive $40,000 a year for the next 25 years. He is seeking to have the payment arrangement enforced. |
| City: | Cameron Park |
| Local Plaintiff Lawyer: | Paige Hibbert |
| Local Plaintiff Firm: | Heller & Hibbert |
| Local Defendant Lawyer: | |
| Local Defendant Firm: | |

If you need a copy of the complaint, please email or call Tish Kraft at eureka@courthousenews.com or (707) 267-5147.

1