# EXHIBIT E

Epic Fails: Who is Next?                                                          Page 1 of 11

2:09-cv-10756-MOB-VMM    Doc # 287-6    Filed 05/15/12   Pg 2 of 12    Pg ID 7575



**Performance Marketing, Affiliate News & Advice**





- Specials
- Reviews
- Marketing Insights
- Legal Challenges
- Industry News
- Expert Guides
- CEO Interviews

5

Tweet

0

Subscribe RSS | Comment RSS

## Hot Discussions

- The Verge Exposes Frank Kern and Mike Filsaime 37 comments
- Adknowledge Bashes Neverblue & Epic Financials 27 comments
- Epic May File Bankruptcy, Assetts Being Sold 27 comments
- Facebook Dismisses Adscend Media Suit 26 comments
- Adscend Settles with AG for $100k 25 comments

## Popular Posts

- Acai Marketer Brian Weiss Killed
- Brian Weiss Killed Followup
- Epic May File Bankruptcy, Assetts Being Sold
- Adknowledge Bashes Neverblue & Epic Financials
- The Verge Exposes Frank Kern and Mike Filsaime



Home » Marketing Insights, Specials

# Epic Fails: Who is Next?

Written by pacelattin
May 13, 2012 # 1:18 pm # Marketing Insights, Specials # 10 Comments

Epic Fails: Who is Next?                                                                          Page 2 of 11

2:09-cv-10756-MOB-VMM    Doc # 287-6    Filed 05/15/12   Pg 3 of 12   Pg ID 7576



Last week Epic (fka Azoogle) confirmed with Performance Marketing Insider that they were indeed closing down, unable to pay their publishers and affiliates. This would be the biggest failure of an affiliate network since COPEAC's demise, leaving many people in the industry wondering what network would be next. Many affiliates are rightly concerned that these developments signal that other networks may be about to fail.

The stories about Epic are disconcerting: the staff of Epic including Matt Mirman, who basically ran the network, was completely left in the dark about the company's future. The board of Epic never told them anything, but at the same time many of the top executives including Don Mathis, the former CEO, separated parts of the company to form a new entity called Kinetic Social, leaving many to believe they knew the time was near for Epic's complete failure.

The same problems that plagued COPEAC eventually caught up Epic: they were owed tens of millions by non-paying advertisers and faced significant cash flow problems. As soon as publishers started talking about the issues, it was probably only time that they would be unable to survive. Without the cash flow from the other side of the business: the display and social, it was hard to save the company.

This comes only a few weeks after the announcement that Adteractive was going under, leaving many CPA networks with major unpaid bills.

Affiliates should be very concerned. Many networks are paying out before they are paid, have little cash reserves and worse, do not have a long-term business plan on how to make money besides brokering offers.

This is obviously part of the CPA game, but it's a very dangerous game for those companies that have a few core advertisers and affiliates that support them.

What are the major  issues plaguing the industry that will cause problems?

**1)  Enforcement Actions**
The FTC has made it clear that networks will be held accountable for more and more things, including the actions of their affiliates. Combine this with more and more various State Attorney General actions, legal costs are going up.

**2)  New Credit Card Rules**
Hundreds of offers have been pulled because of new rules about re-billing that go beyond weight-loss offers. Membership based sites that bill the credit card monthly, are facing strict new rules and many card processors will not give merchant accounts to these companies. This is one of the issues that caused Neverblue's parent company to go bankrupt.

**3)  Education Offers Dying**
The EDU industry was huge for almost a decade. New regulations by both the US Department of Education and the schools themselves, have made it almost impossible to promote EDU offers like they used to be. Several EDU companies have already bankrupted, and expect more.

**4)  Desperation**
Too many networks are desperate for unique offers without checking credit worthiness or doing basic background checks on companies. This means that they are working with companies that may not pay them, and then not be able to pay affiliates.

Who do you think will go out of business next?

Epic Fails: Who is Next?                                      Page 3 of 11

2:09-cv-10756-MOB-VMM    Doc # 287-6    Filed 05/15/12   Pg 4 of 12    Pg ID 7577



### Written by pacelattin


Pace Lattin is one of the top experts in interactive advertising, affiliate marketing. Pace Lattin is known for his dedication to ethics in marketing, and focus on compliance and fraud in the industry, and has written numerous articles for publications from MediaPost, ClickZ, ADOTAS and his own blogs.

## There are ten comments. Join the discussion.



**Get a FREE COPY of the Affiliate Marketing Insiders Handbook NOW!**
Also the Performance Marketing Insider Newsletter and recieve weekly updates on what is going on in the affiliate and performance marketing industry. You'll learn it first at Performance Marketing Insider.

Your Name:    [Your Name]

Your Email:    [Your Email]

**Get your Copy Now!**

Popularity: 20% [?]

## Recent Posts

- Poll: Facebook to Disappear - Interesting poll from the pollin' folks at the Associated Press and CNBC:...
- Exclusive: Matt Cutts on on How To Rank #1 - Since the infamous Panda update, and now the Penguin attack, all sorts...
- (PMI-TV) John Rampton Makes Bank with Google Remarketing - PMI-TV interviews John Rampton of PPC.org reveals what is how with Google...
- Epic Fails: Who is Next? - Last week Epic (fka Azoogle) confirmed with Performance Marketing Insider that they...
- Xbox Beats Ipad - MultiChannel News: Microsoft's Xbox 360 was the top non-PC platform for viewing...

Epic Fails: Who is Next?                                    Page 4 of 11

2:09-cv-10756-MOB-VMM    Doc # 287-6    Filed 05/15/12   Pg 5 of 12   Pg ID 7578

## Share/Bookmark this!



## 10 Comments



- *David* says:
  [May 13, 2012 at 2:56 pm](#)

  Wow, I didn't know there were so many problems in this industry. This is very interesting.

  As I mentioned before, I have always kind of wondered about whether I was getting paid properly or not. David recently posted..How I Failed With My First Rental Property And Turned It Into A Loser… 💗

  [Reply to this comment »](#)



- *Zara* says:
  [May 14, 2012 at 5:28 am](#)

  Pace, very nice article and great analysis. I am lucky that I am accepted in top affiliate networks and therefore am always paid on time! 😃

  [Reply to this comment »](#)



- *Blackberry 10* says:
  [May 14, 2012 at 10:44 am](#)

  I guess EWA is next in line.The reason is 98% of the offers they run are brokered from other networks.when most of the BIG networks fail/have cashflow problems ,it will have a ripple effect on the networks which broker the offers(Like EWA).The effect has already started.I have the experience in the recent months how EWA is missing payments and failing to send payments on time (Most of those promoting EWA offers will agree with me)

  Already Neverblue (parent co filed for Bankruptcy),Clickbooth (with yahoo lawsuit),CX Digital are in deep trouble ,may follow the suit soon
  Blackberry 10 recently posted..BlackBerry 10 leak details screen-sharing, video apps and more 💗

  [Reply to this comment »](#)

  - *Jemin* says:
    [May 14, 2012 at 11:41 pm](#)

    True. Waiting on EWA payment as we speak.

    [Reply to this comment »](#)

Epic Fails: Who is Next?                                    Page 5 of 11

2:09-cv-10756-MOB-VMM    Doc # 287-6    Filed 05/15/12  Pg 6 of 12    Pg ID 7579



- *Sad Affiliate* says:
  May 14, 2012 at 10:55 am



I vote that Neverblue will be next to fail. Their parent company can't bail them out anymore when people don't pay.

Reply to this comment »



- *NotSurprised* says:
  May 14, 2012 at 1:20 pm

I'm thinking CB then NB

Reply to this comment »



- *Byrl Lane* says:
  May 14, 2012 at 3:29 pm

This is what ends up happening. Definitely not for everyone. I wonder if the CEO received a golden parachute when he departed.

The FTC is cracking down on these guys but what are they going to do to make to the other guys pay up. It seems like they being impartial by not persuading both parties to hold up their end of the deal.
Byrl Lane recently posted..Mom runs over 3-Year-Old Daughter's Back with a Van 🌹

Reply to this comment »



- *EPIC failure..* says:
  May 14, 2012 at 8:24 pm

Don Mathis will pay for the mess he has created.

Quit talking about EPIC. Talk about Don Mathis. He is the crook behind all this.

Reply to this comment »



- *Kate Brown Wilson* says:
  May 14, 2012 at 10:32 pm

At first I really don't get the main point in this article but as I have read it briefly it shows that there are many problems we don't know about the industry,I really admire your courage in sharing this for me to know.
Kate Brown Wilson recently posted..condor tactical gear 💝

Reply to this comment »



- *john* says:

Epic Fails: Who is Next?                                                Page 6 of 11

2:09-cv-10756-MOB-VMM    Doc # 287-6    Filed 05/15/12    Pg 7 of 12    Pg ID 7580

[May 15, 2012 at 10:44 am](#)

probly justin beiber lol

[Reply to this comment »](#)



## Leave a reply

Add your comment below, or [trackback](#) from your own site. You can also [subscribe to these comments](#) via RSS.

Be nice. Keep it clean. Stay on topic. No spam.

| | Name (required) |

| | Mail (will not be published) (required) |

| | Website (optional) |



You can use these tags:

```
<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite>
<code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>
```

[ Submit ]

☑ Subscribe to our Weekly Newsletter

☐   Confirm you are NOT a spammer

☑ 

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

## Recent Posts

- [Poll: Facebook to Disappear](#)
- [Exclusive: Matt Cutts on on How To Rank #1](#)
- [(PMI-TV) John Rampton Makes Bank with Google Remarketing](#)
- [Epic Fails: Who is Next?](#)

Epic Fails: Who is Next?                                                    Page 7 of 11

2:09-cv-10756-MOB-VMM    Doc # 287-6    Filed 05/15/12    Pg 8 of 12    Pg ID 7581

- [Xbox Beats Ipad](#)
- [New Mobile Opps are Overseas](#)
- [Epic May File Bankruptcy, Assetts Being Sold](#)
- [Brian Weiss Killed Followup](#)



## Subscribe to PerformInsider

Get a **FREE COPY of the Affiliate Marketing Insiders Handbook** NOW! You'll also receive the free Performance Marketing Insider Newsletter and recieve weekly updates on what is going on in the affiliate and performance marketing industry. You'll learn it first at Performance Marketing Insider.

**Your Email**

**Your Name**

Get Your Free Copy NOW!

## Top Rated Reviews

- **Axon Media Group**
- **Convert2Media**
- **AdDrive**
- **SmarterChaos**
- **INTENTclick**
- **Scrubkit**
- **1stClassCPA**
- **CPA Detective**
- **Cake Marketing**
- **PointClickTrack**



## Archives

- [May 2012](#)
- [April 2012](#)
- [March 2012](#)
- [February 2012](#)
- [January 2012](#)
- [December 2011](#)
- [November 2011](#)
- [October 2011](#)
- [September 2011](#)
- [August 2011](#)
- [July 2011](#)
- [June 2011](#)
- [May 2011](#)
- [April 2011](#)
- [March 2011](#)

Epic Fails: Who is Next?                                                    Page 8 of 11

2:09-cv-10756-MOB-VMM    Doc # 287-6    Filed 05/15/12   Pg 9 of 12    Pg ID 7582















- February 2011
- January 2011
- December 2010
- November 2010
- October 2010
- July 2010
- May 2010
- April 2010
- March 2010
- February 2010
- January 2009

Advertise Here

## Industry News

| | |
|---|---|
| Xbox Beats Ipad | 3 Comments |
| New Mobile Opps are Overseas | One Comment |
| Epic May File Bankruptcy, Assetts Being Sold | 27 Comments |
| Brian Weiss Killed Followup | Comments Off |
| Acai Marketer Brian Weiss Killed | 8 Comments |
| Facebook Search Engine? | 19 Comments |
| DataPop Increases ROI | One Comment |

Epic Fails: Who is Next?                                              Page 9 of 11

2:09-cv-10756-MOB-VMM    Doc # 287-6    Filed 05/15/12    Pg 10 of 12    Pg ID 7583

The Verge Exposes Frank Kern and Mike Filsaime
Experian Sheds Consumer Properties
Cutting Edge Media CEO Steps Down
Engage: BDR Is Media Buyers Wet Dream
AP Images to distribute royalty-free images from Fotolia
[+ Explore Industry News]



7 Comments
Comments
ments
nts

**Advertisement**



## CEO Interviews

(PMI-TV) Don't Email Unless You Watch This                    3 Comments
(PMI-TV) Save Yourself from Google Penguin                    7 Comments
(PMI-TV) What's Going on With Adscend Media?                  5 Comments
Women in Power: Samantha Murphy Runs Forward                 5 Comments
Cougar Fan Club: Sex & Money                                 3 Comments
Video: Dominos Delivers Social Media                          No Comment
Darren Rose Video: How to Monetize your Blog                  3 Comments
[+ Explore CEO Interviews]

## Expert Guides

Exclusive: Matt Cutts on on How To Rank #1                    2 Comments
Give Value with Webinars                                     One Comment
How To Grow Your Mailing List                                 6 Comments
4 Affiliate Marketing Tips for Bloggers                       6 Comments
Monetize Your Niche Site                                     12 Comments
Creating Persuasive Content that Works                       One Comment
Startup Cash for Your Affiliate Business                     One Comment
[+ Explore Expert Guides]

**Advertisement**

Epic Fails: Who is Next?                                                     Page 10 of 11

2:09-cv-10756-MOB-VMM    Doc # 287-6    Filed 05/15/12    Pg 11 of 12    Pg ID 7584



## Legal Challenges

| | |
|---|---|
| Secret FTC Diet Agreements Entered | 14 Comments |
| Clickjacker Extradited | 4 Comments |
| Verizon Urges FCC to Back-Off of Anti-Cramming Rules | One Comment |
| Adknowledge Lawsuits Move Forward | 11 Comments |
| Mailers: California Spam Law Makes Hiding Illegal | 6 Comments |
| New Company? Intellectual Property Issues Are Growing | One Comment |
| FCC Tightens up SMS and Telemarketing Regulations | One Comment |
| [+ Explore Legal Challenges] | |

## Marketing Insights

| | |
|---|---|
| Poll: Facebook to Disappear | No Comment |
| (PMI-TV) John Rampton Makes Bank with Google Remarketing | 5 Comments |
| Epic Fails: Who is Next? | 10 Comments |
| Pinterest Refferals Down? | 7 Comments |
| (PMI-TV) Don't Email Unless You Watch This | 3 Comments |
| Performance Marketing Luxury Goods: Next Big Thing | 3 Comments |
| When To Post to Social Media | 7 Comments |
| [+ Explore Marketing Insights] | |

## Reviews

| | |
|---|---|
| Emillion Forum with Michael Totti | 10 Comments |
| Vergonomix aka Vergo Interactive | 2 Comments |
| Cutting Edge Offers | 6 Comments |
| MaxBounty | One Comment |
| CPADNA | One Comment |
| AdFoundry | One Comment |
| Incent2Click | No Comment |
| [+ Explore Reviews] | |

## Specials

| | |
|---|---|
| Poll: Facebook to Disappear | No Comment |
| Exclusive: Matt Cutts on on How To Rank #1 | 2 Comments |
| (PMI-TV) John Rampton Makes Bank with Google Remarketing | 5 Comments |

Epic Fails: Who is Next?                                                    Page 11 of 11

2:09-cv-10756-MOB-VMM    Doc # 287-6    Filed 05/15/12    Pg 12 of 12    Pg ID 7585

Epic Fails: Who is Next?
Xbox Beats Ipad
New Mobile Opps are Overseas
Epic May File Bankruptcy, Assetts Being Sold
[+ Explore Specials]



0 Comments
Comments
Comment
ents

- ◦ Newsletter
- ◦ About Us
- ◦ Advertising
- ◦ Linkedin
- ◦ RSS Feed
- ◦ Feed XML
- ◦
- ◦
- ◦ Submission of Comments Terms and Conditions
- ◦ DCMA Policy

Subscribe RSS|Powered by WordPress| Copyright © 2012 Performance Marketing Insider|All rights reserved.
Affiliate Program Management|Affiliate Marketing Solutions|Affiliate Marketing Forum| Internet Lawyer|Pace
Lattin & 9/11|Pace Lattin|Affiliate Network| Pace Lattin| GrowMap Pace Lattin|Internet Lawyer|andrea leilani|

Search