UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE WEATHER UNDERGROUND, INC.,
a Michigan corporation,

                                 CASE NO. 09-10756

                       Plaintiff,          HON. MARIANNE O. BATTANI

v.

NAVIGATION CATALYST SYSTEMS, INC.,
a Delaware corporation,

                       Defendant.

_____/

**ORDER DENYING PLAINTIFF'S EMERGENCY MOTION TO COMPEL
PRODUCTION OF ASSET TRANSFER DOCUMENTATION AND DENYING
MOTION FOR LEAVE TO WITHDRAW AS DEFENDANTS' COUNSEL**

      This matter is before the Court on Plaintiff's Emergency Motion to Compel Production of Asset Transfer Documentation (Doc. No. 282) and Motion for Leave to Withdraw as Defendants' Counsel (Doc. No. 283).  For the reasons stated on the record at the telephone conference held May 16, 2012, the motions are **DENIED**.

      **IT IS SO ORDERED.**

                              s/Marianne O. Battani_____
                              MARIANNE O. BATTANI
                              UNITED STATES DISTRICT JUDGE

Date: May 17, 2012

CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Order was served upon all parties of record, electronically.

s/Bernadette M. Thebolt
Case Manager