IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THE WEATHER UNDERGROUND, INC.,
   a Michigan corporation,

       Plaintiff,

vs.

                             Case No. 2:09-CV-10756
                             Hon. Marianne O. Battani

NAVIGATION CATALYST SYSTEMS, INC.,
   a Delaware corporation; CONNEXUS CORP.,
   a Delaware corporation; FIRSTLOOK, INC.,
   a Delaware corporation; and EPIC MEDIA
   GROUP, INC., a Delaware corporation,

       Defendants.
_____

| | |
|---|---|
| Enrico Schaefer (P43506) | William A. Delgado |
| Brian A. Hall (P70865) | WILLENKEN WILSON LOH & DELGADO LLP |
| TRAVERSE LEGAL, PLC | |
| 810 Cottageview Drive, Unit G-20 | 707 Wilshire Boulevard, Suite 3850 |
| Traverse City, MI  49686 | Los Angeles, CA  90017 |
| 231-932-0411 | (213) 955-9240 |
| enrico.schaefer@traverselegal.com | williamdelgado@willenken.com |
| brianhall@traverselegal.com | Lead Counsel for Defendants |
| Lead Attorneys for Plaintiff | |
| | Nicholas J. Stasevich (P41896) |
| Anthony P. Patti (P43729) | Benjamin K. Steffans (P69712) |
| HOOPER HATHAWAY, PC | BUTZEL LONG, P.C. |
| 126 South Main Street | 150 West Jefferson, Suite 100 |
| Ann Arbor, MI  48104 | Detroit, MI  48226 |
| 734-662-4426 | (313) 225-7000 |
| apatti@hooperhathaway.com | stasevich@butzel.com |
| Attorneys for Plaintiff | steffans@butzel.com |
| | Local Counsel for Defendants |

_____

**DEFENDANTS CONNEXUS CORPORATION, FIRSTLOOK, INC., AND NAVIGATION CATALYST SYSTEMS, INC.'S OBJECTIONS TO PLAINTIFF'S DESIGNATIONS IN DEPOSITION OF CHRIS PIRRONE**

125657.1

**OBJECTIONS TO DEPOSITION DESIGNATIONS**

Defendants Connexus Corporation, Firstlook, Inc., and Navigation Catalyst Systems, Inc. (collectively "Defendants") hereby object to Plaintiff's deposition designations in the Deposition Transcript of Chris Pirrone as follows:

| **Deposition Designation** | **Objection** |
|---|---|
| p. 16:23-p.17:2 | Compound; lack of foundation (FRE 602) |
| p.24:2-11 | Lack of foundation (FRE 602); improper lay opinion (FRE 701); improper expert opinion (FRE 702); irrelevant (FRE 401) |
| p.31:11-21 | Irrelevant (FRE 401); lack of foundation (FRE 602) |
| p.44:21-p.45:21 | Irrelevant (FRE 401); lack of foundation (FRE 602) |
| p.52:13-p.55:6 | Irrelevant (FRE 401); lack of foundation (FRE 602); document speaks for itself (FRE 1002) |
| p.55:17-p.58:6 | Lack of foundation (FRE 602); improper lay opinion (FRE 701); improper expert opinion (FRE 702); irrelevant (FRE 401) |
| p.58:17-p.61:3 | Irrelevant (FRE 401); lack of foundation (FRE 602); document speaks for itself (FRE 1002) |

| | |
|---|---|
| p.95:13-18 | Attorney-client privileged communication; attorney work product |
| p.99:17-23 | Irrelevant (FRE 401); lack of foundation (FRE 602); document speaks for itself (FRE 1002) |
| p.109:5-23 | Irrelevant (FRE 401); lack of foundation (FRE 602); improper lay opinion (FRE 701); improper expert opinion (FRE 702) |
| p.142:13-21 | Irrelevant (FRE 401); lack of foundation (FRE 602) |
| p.153:25-p.154:2 | Attorney-client privileged communication; attorney work product |
| p.154:14-18 | Attorney-client privileged communication; attorney work product |
| p.165:4-5 | Argumentative; lack of foundation (FRE 602) |
| p.168:3-5 | Irrelevant (FRE 401); lack of foundation (FRE 602) |
| p.168:6 | Irrelevant (FRE 401) |
| p.168:18-23 | Irrelevant (FRE 401); lack of foundation (FRE 602) |
| p.168:24-p.169:6 | Irrelevant (FRE 401); lack of foundation (FRE 602) |

125657.1

| | |
|---|---|
| p.170:15-21 | Asked and answered; argumentative; irrelevant (FRE 401); lack of foundation (FRE 602) |
| p.170:23-p.171:8 | Irrelevant (FRE 401); lack of foundation (FRE 602); argumentative |
| p.181:5-12 | Irrelevant (FRE 401); lack of foundation (FRE 602); improper lay opinion (FRE 701); improper expert opinion (FRE 702) |
| p.183:8-11 | Attorney client privileged communication; attorney work product |
| p.186:15-19 | Irrelevant (FRE 401); lack of foundation (FRE 602); document speaks for itself (FRE 1002) |
| p.200:9-18 | Attorney client privileged communication; attorney work product |
| p.201:13-15 | Attorney work product; irrelevant (FRE 401); lack of foundation (FRE 602); improper lay opinion (FRE 701); improper expert opinion (FRE 702) |
| p.205:16-19 | Irrelevant (FRE 401); lack of foundation (FRE 602); improper lay opinion (FRE 701); improper expert opinion (FRE 702) |
| p.237:13-p.238:7 | Irrelevant (FRE 401); lack of foundation (FRE |

3

| | |
|---|---|
| | 602) |
| p.239:4-8 | Irrelevant (FRE 401); lack of foundation (FRE 602) |
| p.240:7-16 | Irrelevant (FRE 401); lack of foundation (FRE 602); argumentative; attorney work product; improper lay opinion (FRE 701); improper expert opinion (FRE 702) |
| p.244:10-13 | Irrelevant (FRE 401); lack of foundation (FRE 602); improper lay opinion (FRE 701); improper expert opinion (FRE 702) |
| p.254:15-22 | Irrelevant (FRE 401); lack of foundation (FRE 602); argumentative |
| p.255:6-19 | Argumentative; no question pending/narrative |
| p.262:9-14 | Irrelevant (FRE 401); lack of foundation (FRE 602); attorney work product; attorney client privileged communication |
| p.264:7-14 | Irrelevant (FRE 401); lack of foundation (FRE 602) |
| p.264:15-p.265:1 | Attorney work product; attorney client privileged communication |
| p.265:2-14 | Document speaks for itself (FRE 1002) |

4

125657.1

| | |
|---|---|
| p.266:9-15 | Attorney work product; attorney client privileged communication |
| p.272:7-p.273:18 | Irrelevant (FRE 401); lack of foundation (FRE 602) |
| p.274:4-11 | Compound |
| p.276:12-p.277:5 | Irrelevant (FRE 401); lack of foundation (FRE 602) |
| p.284:24-p.285:2 | Attorney work product; attorney client privileged communication |
| p.285:7-13 | Irrelevant (FRE 401); lack of foundation (FRE 602); improper lay opinion (FRE 701); improper expert opinion (FRE 702); document speaks for itself (FRE 1002) |
| p.285:14-p.285:9 | Irrelevant (FRE 401); document speaks for itself (FRE 1002) |
| p.288:10-23 | Irrelevant (FRE 401); lack of foundation (FRE 602) |
| p.289:10-23 | Irrelevant (FRE 401); lack of foundation (FRE 602); argumentative |
| p.291:1-13 | Irrelevant (FRE 401); lack of foundation (FRE 602); argumentative |

5

| | |
|---|---|
| p.295:8-p.296:2 | Irrelevant (FRE 401); lack of foundation (FRE 602) |
| p.296:3-17 | Irrelevant (FRE 401); lack of foundation (FRE 602) |
| p.297:19-p.298:13 | Attorney work product; attorney client privileged communication |
| p.303:9-20 | Argumentative; narrative |
| p.308:16-p.309:25 | Argumentative; irrelevant (FRE 401); lack of foundation (FRE 602); document speaks for itself (FRE 1002) |
| p.310:2-10 | Argumentative; irrelevant (FRE 401); lack of foundation (FRE 602) |
| p.310:12-19 | Argumentative; irrelevant (FRE 401); lack of foundation (FRE 602) |
| p.310:20-p.311:6 | Attorney work product; attorney client privileged communication; irrelevant (FRE 401) |
| p.313:14-315:5 | Argumentative; irrelevant (FRE 401); lack of foundation (FRE 602) |
| p.316:15-16 | Irrelevant (FRE 401); lack of foundation (FRE 602); attorney work product |

6

| | |
|---|---|
| p.318:3-8 | Argumentative; irrelevant (FRE 401); no question pending/narrative |
| p.318:9-23 | Irrelevant (FRE 401); lack of foundation (FRE 602); document speaks for itself (FRE 1002) |

Defendants object to exhibits on the bases set forth in the Exhibit List filed with the Bench Book on February 28, 2012.

Respectfully Submitted,

Dated:   May 25, 2012     */s/William A. Delgado*
William A. Delgado
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA  90017
(213) 955-9240
williamdelgado@willenken.com
Lead Counsel for Defendants

7

125657.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2012, I electronically filed the foregoing paper with the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Enrico Schaefer (P43506) | Nicholas J. Stasevich (P41896) |
| Brian A. Hall (P70865) | Benjamin K. Steffans (P69712) |
| TRAVERSE LEGAL, PLC | BUTZEL LONG, P.C. |
| 810 Cottageview Drive, Unit G-20 | 150 West Jefferson, Suite 100 |
| Traverse City, MI 49686 | Detroit, MI 48226 |
| 231-932-0411 | (313) 225-7000 |
| enrico.schaefer@traverselegal.com | stasevich@butzel.com |
| brianhall@traverselegal.com | steffans@butzel.com |
| Lead Attorneys for Plaintiff | Local Counsel for Defendants |
| | |
| Anthony P. Patti (P43729) | William A. Delgado |
| HOOPER HATHAWAY, PC | WILLENKEN WILSON LOH & DELGADO LLP |
| 126 South Main Street | 707 Wilshire Boulevard, Suite 3850 |
| Ann Arbor, MI 48104 | Los Angeles, CA 90017 |
| 734-662-4426 | (213) 955-9240 |
| apatti@hooperhathaway.com | williamdelgado@willenken.com |
| Attorneys for Plaintiff | Lead Counsel for Defendants |

                                         */s/William A. Delgado*
                                         William A. Delgado
                                         WILLENKEN WILSON LOH & DELGADO LLP
                                         707 Wilshire Boulevard, Suite 3850
                                         Los Angeles, CA 90017
                                         (213) 955-9240
                                         williamdelgado@willenken.com
                                         Lead Counsel for Defendants

125657.1