IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THE WEATHER UNDERGROUND, INC.,
   a Michigan corporation,

       Plaintiff,

vs.

Case No. 2:09-CV-10756
Hon. Marianne O. Battani

NAVIGATION CATALYST SYSTEMS, INC.,
   a Delaware corporation; CONNEXUS CORP.,
   a Delaware corporation; FIRSTLOOK, INC.,
   a Delaware corporation; and EPIC MEDIA
   GROUP, INC., a Delaware corporation,

       Defendants.

_____

| | |
|---|---|
| Enrico Schaefer (P43506) | William A. Delgado |
| Brian A. Hall (P70865) | WILLENKEN WILSON LOH & DELGADO LLP |
| TRAVERSE LEGAL, PLC | 707 Wilshire Boulevard, Suite 3850 |
| 810 Cottageview Drive, Unit G-20 | Los Angeles, CA 90017 |
| Traverse City, MI 49686 | (213) 955-9240 |
| 231-932-0411 | williamdelgado@willenken.com |
| enrico.schaefer@traverselegal.com | Lead Counsel for Defendants |
| brianhall@traverselegal.com | |
| Lead Attorneys for Plaintiff | Nicholas J. Stasevich (P41896) |
| | Benjamin K. Steffans (P69712) |
| Anthony P. Patti (P43729) | BUTZEL LONG, P.C. |
| HOOPER HATHAWAY, PC | 150 West Jefferson, Suite 100 |
| 126 South Main Street | Detroit, MI 48226 |
| Ann Arbor, MI 48104 | (313) 225-7000 |
| 734-662-4426 | stasevich@butzel.com |
| apatti@hooperhathaway.com | steffans@butzel.com |
| Attorneys for Plaintiff | Local Counsel for Defendants |

_____

**DEFENDANTS CONNEXUS CORPORATION, FIRSTLOOK, INC., AND NAVIGATION CATALYST SYSTEMS, INC.'S OBJECTIONS TO PLAINTIFF'S DESIGNATIONS IN DEPOSITION OF SETH JACOBY**

125676.1

**OBJECTIONS TO DEPOSITION DESIGNATIONS**

Defendants Connexus Corporation, Firstlook, Inc., and Navigation Catalyst Systems, Inc. (collectively "Defendants") hereby object to Plaintiff's deposition designations in the Deposition Transcript of Seth Jacoby as follows:

| **Deposition Designation** | **Objection** |
|---|---|
| p. 29:2-9 | Irrelevant (FRE 401); lack of foundation (FRE 602) |
| p. 29:14-24 | Irrelevant (FRE 401); lack of foundation (FRE 602) |
| p. 48:1-49:9 | Improper lay opinion that calls for a legal conclusion (FRE 701). |
| p. 60:23-61:3 | Lacks foundation (FRE 602). |
| p. 66:20-67:11 | Lacks foundation (FRE 602). |
| p. 83:1-15 | Lacks foundation (FRE602); improper lay opinion (FRE 701). |
| p. 84:4-8 | Lacks foundation and speculative (FRE 602). |
| p. 85:9-12 | Lacks foundation (FRE 602). |
| p. 85:18-21 | Lacks foundation (FRE 602). |
| p. 86:1-4 | Lacks foundation (FRE 602). |
| p. 86:5-93:5 | Third party letters are irrelevant (FRE 401); |

1

125676.1

|  | content of letters constitute hearsay (FRE 802) |
|---|---|
| p. 93:10-15 | Lacks foundation (FRE 602) |
| p. 102:14-107:6 | Irrelevant (FRE 401); unfairly prejudicial (FRD 403). |
| P. 105:7-11 | Lacks foundation (FRE 602). |
| p. 107:7-21 | Lacks foundation (FRE 602); improper lay opinion (FRE 701). |
| p. 108:8-110:1 | Attorney-client privilege; irrelevant (FRE 602). |
| p. 110:14-19 | Lacks foundation, speculative (FRE 602). |
| p. 110:20-24 | Irrelevant (FRE 401); unfairly prejudicial (FRE 403). |
| p. 111:21-24 and Exhibit 130. | Irrelevant (FRE 401); unfairly prejudicial (FRE 403). |
| p. 112:16-113:4 | Lacks foundation (FRE 602); improper lay opinion (FRE 701). |
| p. 113:5-113:25 | Lacks foundation (FRE 602). |
| p. 115:1-118:12 | Irrelevant (FRE 401); unfairly prejudicial (FRE 403). |
| P. 118:13-138:10 | Irrelevant (FRE 401). |
| p. 126:18-127:2 | Lacks foundation (FRE 602). |
| p. 138:11-141:22 | Irrelevant (FRE 401); unfairly prejudicial (FRE |

|  | 403). |
|---|---|
| p. 141:23-142:2 | Question misstates prior testimony and is argumentative; irrelevant (FRE 401). |
| p. 142:3-145:25 | Irrelevant (FRE 401). |
| p. 159:23-179:25 | Irrelevant and argumentative (FRE 401). |
| 182:11-182:16 | Irrelevant (FRE 401); constitutional right of privacy. |
| 202:2-208:1 | Irrelevant (FRE 401); unfairly prejudicial (FRE 403). |
| 212:4-215:2 | Irrelevant (FRE 401); lacks foundation (FRE 602) |
| 215:3-218:9 | Irrelevant (FRE 401). |
| 222:3-226:21 | Lacks foundation (FRE 602); irrelevant (FRE 401). |
| 226:22-227:13 | Lacks founds (FRE 602); improper lay opinion (FRE 701). |
| 227:14-232:22 | Irrelevant (FRE 401); unfairly prejudicial (FRE 403). |
| 232:23-233:4 | Improper lay opinion (FRE 701). |
| 233:5-240:24 | Irrelevant (FRE 401); unfairly prejudicial (FRE 403). |

125676.1

| | |
|---|---|
| 240:25-256:22 | Irrelevant (FRE 401). |
| 257:4-266:1 | Irrelevant (FRE 401). |
| 290:17-291:7 | Irrelevant (FRE 401); unfairly prejudicial (FRE 403). |
| 291:8-292:13 | Irrelevant (FRE 401). |
| 292:14-293:16 | Lacks foundation (FRE 6020. |

Defendants object to exhibits on the bases set forth in the Exhibit List filed with the Bench Book on February 28, 2012.

                                                  Respectfully Submitted,

Dated:   May 25, 2012                 */s/William A. Delgado*
                                         William A. Delgado
                                         WILLENKEN WILSON LOH & DELGADO LLP
                                         707 Wilshire Boulevard, Suite 3850
                                         Los Angeles, CA  90017
                                         (213) 955-9240
                                         williamdelgado@willenken.com
                                         Lead Counsel for Defendants

125676.1

# CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2012, I electronically filed the foregoing paper with the Court using the ECF system which will send notification of such filing to the following:

Enrico Schaefer (P43506)
Brian A. Hall (P70865)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, MI  49686
231-932-0411
enrico.schaefer@traverselegal.com
brianhall@traverselegal.com
Lead Attorneys for Plaintiff

Nicholas J. Stasevich (P41896)
Benjamin K. Steffans (P69712)
BUTZEL LONG, P.C.
150 West Jefferson, Suite 100
Detroit, MI  48226
(313) 225-7000
stasevich@butzel.com
steffans@butzel.com
Local Counsel for Defendants

Anthony P. Patti (P43729)
HOOPER HATHAWAY, PC
126 South Main Street
Ann Arbor, MI  48104
734-662-4426
apatti@hooperhathaway.com
Attorneys for Plaintiff

William A. Delgado
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA  90017
(213) 955-9240
williamdelgado@willenken.com
Lead Counsel for Defendants

/s/William A. Delgado
William A. Delgado
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA  90017
(213) 955-9240
williamdelgado@willenken.com
Lead Counsel for Defendants

125676.1