IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THE WEATHER UNDERGROUND, INC.,
   a Michigan corporation,

       Plaintiff,

vs.

NAVIGATION CATALYST SYSTEMS, INC.,
   a Delaware corporation; CONNEXUS CORP.,
   a Delaware corporation; FIRSTLOOK, INC.,
   a Delaware corporation; and EPIC MEDIA
   GROUP, INC., a Delaware corporation,

       Defendants.

Case No. 2:09-CV-10756
Hon. Marianne O. Battani

---

| | |
|---|---|
| Enrico Schaefer (P43506)<br>Brian A. Hall (P70865)<br>TRAVERSE LEGAL, PLC<br>810 Cottageview Drive, Unit G-20<br>Traverse City, MI  49686<br>231-932-0411<br>enrico.schaefer@traverselegal.com<br>brianhall@traverselegal.com<br>Lead Attorneys for Plaintiff<br><br>Anthony P. Patti (P43729)<br>HOOPER HATHAWAY, PC<br>126 South Main Street<br>Ann Arbor, MI  48104<br>734-662-4426<br>apatti@hooperhathaway.com<br>Attorneys for Plaintiff | William A. Delgado<br>WILLENKEN WILSON LOH & DELGADO LLP<br>707 Wilshire Boulevard, Suite 3850<br>Los Angeles, CA  90017<br>(213) 955-9240<br>williamdelgado@willenken.com<br>Lead Counsel for Defendants<br><br>Nicholas J. Stasevich (P41896)<br>Benjamin K. Steffans (P69712)<br>BUTZEL LONG, P.C.<br>150 West Jefferson, Suite 100<br>Detroit, MI  48226<br>(313) 225-7000<br>stasevich@butzel.com<br>steffans@butzel.com<br>Local Counsel for Defendants |

---

**DEFENDANTS CONNEXUS CORPORATION, FIRSTLOOK, INC., AND NAVIGATION CATALYST SYSTEMS, INC.'S OBJECTIONS TO PLAINTIFF'S DESIGNATIONS IN DEPOSITION OF LILY STEVENSON**

125683.1

## OBJECTIONS TO DEPOSITION DESIGNATIONS

Defendants Connexus Corporation, Firstlook, Inc., and Navigation Catalyst Systems, Inc. (collectively "Defendants") hereby object to Plaintiff's deposition designations in the Deposition Transcript of Lily Stevenson as follows:

| **Exhibits** | **Objection** |
| --- | --- |
| 97 | Hearsay (FRE 802); Irrelevant (FRE 401); constitutional right of privacy. |
| 100 | Irrelevant (FRE 401) |
| 101 | Hearsay (FRE 802); authentication (FRE 901); lack of foundation (FRE 602). |
| 115 | Hearsay (FRE 802); irrelevant (FRE 401). |
| 116 | Hearsay (FRE 802); irrelevant (FRE 401). |
| 117 | Hearsay (FRE 802); authentication (FRE 901) |
| 118 | Hearsay (FRE 802); authentication (FRE 901) |
| 125 | Hearsay (FRE 802); authentication (FRE 901); lack of foundation (FRE 602). |

| **Deposition Designation** | **Objection** |
| --- | --- |
| 14:3-17 | Irrelevant (FRE 401); constitutional right of privacy. |

1

125683.1

| 17:9-15 | Hearsay (FRE 802) |
|---|---|
| 56:7-20 | Lacks foundation (FRE 602) |
| 81:4-23 | Lacks foundation (FRE 602) |
| 84:10-16 | Lacks foundation (FRE 602); improper lay testimony (FRE 702). |
| 91:4-12 | Irrelevant (FRE 401). |
| 95:16-96:4 | Lacks foundation (FRE 602) |
| 140:16-141:4 | Speculative, lacks foundation (FRE 602) |
| 169:13-173:24 | Irrelevant (FRE 401) |
| 175:6-16 | Speculative, lacks foundation (FRE 602) |
| 175:17-179:6 | Irrelevant (FRE 401); unfairly prejudicial (FRE 403). |
| 180:5-13 | Irrelevant (FRE 401); unfairly prejudicial (FRE 403). |
| 180:14-183:12 | Irrelevant (FRE 401); unfairly prejudicial (FRE 403). |
| 183:13-186:6 | Irrelevant (FRE 401); unfairly prejudicial (FRE 403);Hearsay (FRE 802). |
| 186:9-187:23 | Irrelevant (FRE 401); unfairly prejudicial (FRE 403);Hearsay (FRE 802). |
| 216:7-224:24 | Irrelevant (FRE 401); unfairly prejudicial (FRE |

125683.1

|  | 403). |
|---|---|
| 223:1-21 | Lacks foundation (FRE 602); authentication (901); hearsay (FRE 802). |
| 226:3-228:23 | Lacks foundation (FRE 602); authentication (901); hearsay (FRE 802). |

Defendants object to exhibits on the bases set forth in the Exhibit List filed with the Bench Book on February 28, 2012.

Respectfully Submitted,

Dated:   May 25, 2012	*/s/William A. Delgado*
William A. Delgado
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA  90017
(213) 955-9240
williamdelgado@willenken.com
Lead Counsel for Defendants

3

125683.1

# CERTIFICATE OF SERVICE

      I hereby certify that on May 25, 2012, I electronically filed the foregoing paper with the Court using the ECF system which will send notification of such filing to the following:

Enrico Schaefer (P43506)  
Brian A. Hall (P70865)  
TRAVERSE LEGAL, PLC  
810 Cottageview Drive, Unit G-20  
Traverse City, MI 49686  
231-932-0411  
enrico.schaefer@traverselegal.com  
brianhall@traverselegal.com  
Lead Attorneys for Plaintiff  

Nicholas J. Stasevich (P41896)  
Benjamin K. Steffans (P69712)  
BUTZEL LONG, P.C.  
150 West Jefferson, Suite 100  
Detroit, MI 48226  
(313) 225-7000  
stasevich@butzel.com  
steffans@butzel.com  
Local Counsel for Defendants  

Anthony P. Patti (P43729)  
HOOPER HATHAWAY, PC  
126 South Main Street  
Ann Arbor, MI 48104  
734-662-4426  
apatti@hooperhathaway.com  
Attorneys for Plaintiff  

William A. Delgado  
WILLENKEN WILSON LOH & DELGADO LLP  
707 Wilshire Boulevard, Suite 3850  
Los Angeles, CA 90017  
(213) 955-9240  
williamdelgado@willenken.com  
Lead Counsel for Defendants  

                                        */s/William A. Delgado*  
                                        William A. Delgado  
                                        WILLENKEN WILSON LOH & DELGADO LLP  
                                        707 Wilshire Boulevard, Suite 3850  
                                        Los Angeles, CA 90017  
                                        (213) 955-9240  
                                        williamdelgado@willenken.com  
                                        Lead Counsel for Defendants

125683.1