IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THE WEATHER UNDERGROUND, INC.,
   a Michigan corporation,

       Plaintiff,

vs.

Case No. 2:09-CV-10756
Hon. Marianne O. Battani

NAVIGATION CATALYST SYSTEMS, INC.,
   a Delaware corporation; CONNEXUS CORP.,
   a Delaware corporation; FIRSTLOOK, INC.,
   a Delaware corporation; and EPIC MEDIA
   GROUP, INC., a Delaware corporation,

       Defendants.

_____

Enrico Schaefer (P43506)
Brian A. Hall (P70865)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, MI 49686
231-932-0411
enrico.schaefer@traverselegal.com
brianhall@traverselegal.com
Lead Attorneys for Plaintiff

Anthony P. Patti (P43729)
HOOPER HATHAWAY, PC
126 South Main Street
Ann Arbor, MI 48104
734-662-4426
apatti@hooperhathaway.com
Attorneys for Plaintiff

William A. Delgado
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017
(213) 955-9240
williamdelgado@willenken.com
Lead Counsel for Defendants

Nicholas J. Stasevich (P41896)
Benjamin K. Steffans (P69712)
BUTZEL LONG, P.C.
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
stasevich@butzel.com
steffans@butzel.com
Local Counsel for Defendants

_____

**DEFENDANTS CONNEXUS CORPORATION, FIRSTLOOK, INC., AND NAVIGATION CATALYST SYSTEMS, INC.'S SUPPLEMENTAL MEMORANDUM ISO MOTION IN LIMINE 3**

125688.1

# SUPPLEMENTAL MEMORANDUM

At the pretrial conference, the Court denied Defendants' Motion in *Limine* No. 3 without prejudice and left it to Defendants to identify the specific "adult" domain names that it sought to keep the jury from seeing in this matter.  Defendants have compiled a list of those domain names from Plaintiff's Exhibit 1.  That list is attached as Exhibit A hereto.

For the reasons set forth in Defendants' original motion and memorandum in support thereof, Defendants respectfully request that Plaintiff's Exhibit 1 be redacted of these domain names before being sent into the jury room (assuming it is offered and entered into evidence).

          Respectfully Submitted,

Dated:  May 25, 2012        */s/William A. Delgado*
         William A. Delgado
         WILLENKEN WILSON LOH & DELGADO LLP
         707 Wilshire Boulevard, Suite 3850
         Los Angeles, CA  90017
         (213) 955-9240
         williamdelgado@willenken.com
         Lead Counsel for Defendants

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2012, I electronically filed the foregoing paper with the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Enrico Schaefer (P43506) | Nicholas J. Stasevich (P41896) |
| Brian A. Hall (P70865) | Benjamin K. Steffans (P69712) |
| TRAVERSE LEGAL, PLC | BUTZEL LONG, P.C. |
| 810 Cottageview Drive, Unit G-20 | 150 West Jefferson, Suite 100 |
| Traverse City, MI  49686 | Detroit, MI  48226 |
| 231-932-0411 | (313) 225-7000 |
| enrico.schaefer@traverselegal.com | stasevich@butzel.com |
| brianhall@traverselegal.com | steffans@butzel.com |
| Lead Attorneys for Plaintiff | Local Counsel for Defendants |
| | |
| Anthony P. Patti (P43729) | William A. Delgado |
| HOOPER HATHAWAY, PC | WILLENKEN WILSON LOH & DELGADO LLP |
| 126 South Main Street | 707 Wilshire Boulevard, Suite 3850 |
| Ann Arbor, MI  48104 | Los Angeles, CA  90017 |
| 734-662-4426 | (213) 955-9240 |
| apatti@hooperhathaway.com | williamdelgado@willenken.com |
| Attorneys for Plaintiff | Lead Counsel for Defendants |

                        */s/William A. Delgado*
                        William A. Delgado
                        WILLENKEN WILSON LOH & DELGADO LLP
                        707 Wilshire Boulevard, Suite 3850
                        Los Angeles, CA  90017
                        (213) 955-9240
                        williamdelgado@willenken.com
                        Lead Counsel for Defendants

125688.1