IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THE WEATHER UNDERGROUND, INC.,
a Michigan corporation,

   Plaintiff,

vs.

               Case No. 2:09-CV-10756
               Hon. Marianne O. Battani

NAVIGATION CATALYST SYSTEMS, INC.,
a Delaware corporation; CONNEXUS CORP.,
a Delaware corporation; FIRSTLOOK, INC.,
a Delaware corporation; and EPIC MEDIA
GROUP, INC., a Delaware corporation,

   Defendants.

_____

| | |
|---|---|
| Enrico Schaefer (P43506) | William A. Delgado |
| Brian A. Hall (P70865) | WILLENKEN WILSON LOH & DELGADO LLP |
| TRAVERSE LEGAL, PLC | |
| 810 Cottageview Drive, Unit G-20 | 707 Wilshire Boulevard, Suite 3850 |
| Traverse City, MI 49686 | Los Angeles, CA 90017 |
| 231-932-0411 | (213) 955-9240 |
| enrico.schaefer@traverselegal.com | williamdelgado@willenken.com |
| brianhall@traverselegal.com | Lead Counsel for Defendants |
| Lead Attorneys for Plaintiff | |
| | Nicholas J. Stasevich (P41896) |
| Anthony P. Patti (P43729) | Benjamin K. Steffans (P69712) |
| HOOPER HATHAWAY, PC | BUTZEL LONG, P.C. |
| 126 South Main Street | 150 West Jefferson, Suite 100 |
| Ann Arbor, MI 48104 | Detroit, MI 48226 |
| 734-662-4426 | (313) 225-7000 |
| apatti@hooperhathaway.com | stasevich@butzel.com |
| Attorneys for Plaintiff | steffans@butzel.com |
| | Local Counsel for Defendants |

_____

**STIPULATED FINAL JUDGMENT IN FAVOR OF THE WEATHER UNDERGROUND, INC.**

125837.1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

By stipulation of the parties, final judgment is entered in favor of the Plaintiff Weather Underground, Inc. ("Plaintiff") and against Connexus Corporation, Firstlook, Inc., Basic Fusion, Inc., and Navigation Catalyst Systems, Inc. only on the claims in Plaintiff's First Amended Complaint in the amount of three million five hundred thousand dollars ($3,500,000).

No prejudgment interest is awarded.

Each party to bear its own attorneys' fees and costs.

All parties have waived their rights to appeal this judgment.

DATED this 15th day of June, 2012.

                                            s/Marianne O. Battani
                                            Honorable Marianne O. Battani
                                            United States District Court Judge

125837.1