IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THE WEATHER UNDERGROUND, INC.,
   a Michigan corporation,

       Plaintiff,

vs.

Case No. 2:09-CV-10756
Hon. Marianne O. Battani

NAVIGATION CATALYST SYSTEMS, INC.,
   a Delaware corporation; CONNEXUS CORP.,
   a Delaware corporation; FIRSTLOOK, INC.,
   a Delaware corporation; and EPIC MEDIA
   GROUP, INC., a Delaware corporation,

       Defendants.

_____

| | |
|---|---|
| Enrico Schaefer (P43506) | William A. Delgado |
| Brian A. Hall (P70865) | WILLENKEN WILSON LOH & DELGADO LLP |
| TRAVERSE LEGAL, PLC | |
| 810 Cottageview Drive, Unit G-20 | 707 Wilshire Boulevard, Suite 3850 |
| Traverse City, MI  49686 | Los Angeles, CA  90017 |
| 231-932-0411 | (213) 955-9240 |
| enrico.schaefer@traverselegal.com | williamdelgado@willenken.com |
| brianhall@traverselegal.com | Lead Counsel for Defendants |
| Lead Attorneys for Plaintiff | |
| | Nicholas J. Stasevich (P41896) |
| Anthony P. Patti (P43729) | Benjamin K. Steffans (P69712) |
| HOOPER HATHAWAY, PC | BUTZEL LONG, P.C. |
| 126 South Main Street | 150 West Jefferson, Suite 100 |
| Ann Arbor, MI  48104 | Detroit, MI  48226 |
| 734-662-4426 | (313) 225-7000 |
| apatti@hooperhathaway.com | stasevich@butzel.com |
| Attorneys for Plaintiff | steffans@butzel.com |
| | Local Counsel for Defendants |

_____

**FINAL SUMMARY JUDGMENT IN FAVOR OF THE EPIC MEDIA GROUP, INC.**

125838.1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

By order of the Court on The Epic Media Group, Inc.'s Motion for Summary Judgment, dated September 21, 2011, final summary judgment is entered in favor of The Epic Media Group, Inc. and against Plaintiff The Weather Underground, Inc. on the claims in Plaintiff's First Amended Complaint.

Each party to bear its own attorneys' fees and costs.

All parties have waived their rights to appeal this judgment.

DATED this 15th day of June, 2012.

          _____s/Marianne O. Battani____
          Honorable Marianne O. Battani
          United States District Court Judge

125838.1