AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Michigan__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>2/27/2009 | U.S. DISTRICT COURT<br>Eastern District of Michigan | |
|---|---|---|---|
| PLAINTIFF<br>The Weather Underground, Inc. | | DEFENDANT<br>Navigation Catalyst Systems, Inc., et al | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  2297683 | 12/7/1999 | Weather Underground, Inc., The | |
| 2  2324272 | 2/29/2000 | Weather Underground, Inc., The | |
| 3  2281088 | 9/28/1999 | Weather Underground, Inc., The | |
| 4  2447954 | 5/1/2001 | Weather Underground, Inc., The | |
| 5  3527030 | 11/4/2008 | The Weather Underground, Inc. | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  77631410 | 12/11/2008 | The Weather Underground, Inc. | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| JUDGMENT in favor of WEATHER UNDERGROUND, INC. against DEFENDANTS. Judgment in the amount of $ 3,500,000.00. JUDGMENT in favor of THE EPIC MEDIA GROUP, INC. against WEATHER UNDERGROUND, INC., on the claims in Plaintiff's First Amended Complaint. Signed by District Judge Marianne O. Battani. |

| CLERK<br>David J. Weaver | (BY) DEPUTY CLERK<br>Peggy S. Miller | DATE<br>6/18/2012 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy