**FILED**
APR 25 2013
CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

38272613

Approved, SCAO

Original - Garnishee (Part 1)
1st copy - Defendant (Part 2)
2nd copy - Return (proof of service) (Part 2)

**REQU**

**STATE OF MICHIGAN**
____ JUDICIAL DISTRICT
____ JUDICIAL CIRCUIT

**REQUEST AND WRIT FOR GARNISHMENT (NONPERIODIC)**

2:09-cv-10756
Hon. Marianne O. Battani

N/A

Court address: 231 W. Lafayette Blvd., Room 564 Detroit, MI 48226
Court telephone no.: (313) 234-5005

Plaintiff name and address (judgment creditor):
WUI Assets, LLC, as assignee of
The Weather Underground, Inc.
c/o Hooper Hathaway, P.C.
126 S. Main St., Ann Arbor, MI 48104

v

Defendant name and address (judgment debtor):
NAVIGATION CATALYST SYSTEMS, INC.
512 7th Ave., 12th Floor, New York, NY 10018
and/or
2101 Rosecrans Ave, Ste 2000, El Segundo, CA 90245

Plaintiff's attorney, bar no., and address:
Anthony P. Patti (P43729), HOOPER HATHAWAY, P.C.
126 S. Main Street
Ann Arbor, MI 48104
Telephone no. (734) 662-4426

Account no.: [redacted]

WELLS FARGO BANK
LEVY PROCESSING
MAC S3928-021
PO BOX 29779
PHOENIX AZ 85038-9779

Garnishee name and address:
WELLS FARGO BANK, National Association
c/o CSS-Lawyers Incorporation Service (Registered Agent)
601 Abbott Road, East Lansing, MI 48823

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on **4-12-13** and received by garnishee on **4-19-13**.
   ☐ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on **N/A**
   ☒ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ, garnishee:

**Non-Periodic Garnishments**
☒ a. is not indebted to defendant for any amount and does not possess or control defendant's property, money, etc.
    Reason: **NO ACCOUNT FOUND**
☐ b. is indebted to defendant for non-periodic payments as follows:

Description of property, money, negotiable instruments, etc. under garnishee's control | Type of account and account number if applicable
The amount to be withheld is $_____ and does not exceed the amount stated in item 2. of the writ.

**Periodic Garnishments**
☐ c. is not obligated to make periodic payments to the defendant during the 91 day period.
    Reason: ☐ not employed. ☐ other _____
☐ d. is obligated to make periodic payments to the defendant during the 91 day period as follows:
Payments are for ☐ earnings ☐ non-earnings _____ specify nature of payment (see instructions on back)
Payments are made ☐ weekly. ☐ bi-weekly. ☐ semi-monthly. ☐ monthly. ☐ other: _____ frequency of payment
A higher priority writ/order ☐ is ☐ is not currently in effect. (If a higher priority writ/order is in effect, complete the following)

Name of court that issued higher priority writ/order | Case number | Date issued | Date served

Withholding under this writ
☐ will begin immediately if sufficient funds are available.
☐ will not begin immediately because defendant is ☐ laid off. ☐ sick. ☐ on leave. ☐ other: _____ specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

Date: APR 22 2013

Garnishee/Agent/Attorney signature

ROSE ENCINAS
AGENT

I certify that:
on **APR 22 2013** I mailed or personally delivered a copy of this disclosure with the court.
on **APR 22 2013** I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on **APR 22 2013** I mailed or personally delivered a copy of this disclosure to the defendant.

Date

Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3. of the instructions for details.**