FILED
APR 25 2013
CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

38273713

Approved, SCAO

Original - Garnishee (Part 1)
1st copy - Defendant (Part 2)
2nd copy - Return (proof of service) (I

**REQU**

| STATE OF MICHIGAN<br>____ JUDICIAL DISTRICT<br>____ JUDICIAL CIRCUIT | REQUEST AND WRIT FOR GARNISHMENT<br>(NONPERIODIC) | CASE NO.<br>2:09-cv-10756<br>Hon. Marianne O. Battani |
|---|---|---|

Court address: 231 W. Lafayette Blvd., Room 564 Detroit, MI 48226 • Zip code
Court telephone no. (313) 234-5005

Plaintiff name and address (judgment creditor)
WUI Assets, LLC, as assignee of
The Weather Underground, Inc.
c/o Hooper Hathaway, P.C.
126 S. Main St., Ann Arbor, MI 48104

v

Defendant name and address (judgment debtor)
FIRSTLOOK, INC.
2141 Rosecrans Ave, Ste 2020, El Segundo, CA 90245
and/or
512 7th Ave., 12th Floor, New York, NY 10018

Plaintiff's attorney, bar no. and address
Anthony P. Patti (P43729), HOOPER HATHAWAY, P.C.
126 S. Main Street
Ann Arbor, MI 48104

Telephone no.
(734) 662-4426

Account no. [redacted]

WELLS FARGO BANK
LEVY PROCESSING
MAC S3928-021
PO BOX 29779
PHOENIX, AZ 85038-9779

Garnishee name and address
WELLS FARGO BANK, National Association
c/o CSS-Lawyers Incorporation Service (Registered Agent)
601 Abbott Road, East Lansing, MI 48823

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on 4-12-13 and received by garnishee on 4-19-13.
   ☐ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on N/A
   ☒ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ, garnishee:

**Non-Periodic Garnishments**

**Account Closed**

☒ a. is not indebted to defendant for any amount and does not possess or control defendant's property, money, etc.
Reason: _____

☐ b. is indebted to defendant for non-periodic payments as follows: _____

Description of property, money, negotiable instruments, etc. under garnishee's control     Type of account and account number if applicable
The amount to be withheld is $ _____ and does not exceed the amount stated in item 2. of the writ.

**Periodic Garnishments**

☐ c. is not obligated to make periodic payments to the defendant during the 91 day period.
Reason:   ☐ not employed.   ☐ other _____

☐ d. is obligated to make periodic payments to the defendant during the 91 day period as follows:
Payments are for   ☐ earnings   ☐ non-earnings _____
                                                specify nature of payment (see instructions on back)

Payments are made   ☐ weekly.   ☐ bi-weekly.   ☐ semi-monthly.   ☐ monthly.   ☐ other: _____
                                                                                                frequency of payment

A higher priority writ/order   ☐ is   ☐ is not   currently in effect. (If a higher priority writ/order is in effect, complete the following)

Name of court that issued higher priority writ/order     Case number     Date issued     Date served

Withholding under this writ
☐ will begin immediately if sufficient funds are available.
☐ will not begin immediately because defendant is   ☐ laid off.   ☐ sick.   ☐ on leave.   ☐ other: _____
                                                                                                            specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

Date: APR 22 2013                                         Garnishee/Agent/Attorney signature
                                                          ROSE ENCINAS
                                                          AGENT

I certify that:
on APR 22 2013 I mailed or personally delivered a copy of this disclosure with the court.
on APR 22 2013 I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on APR 22 2013 I mailed or personally delivered a copy of this disclosure to the defendant.

Date: APR 22 2013                                         Garnishee/Agent/Attorney signature

DO NOT include Your Payment With This Disclosure. See item 3 of the instructions for details