**FILED**
APR 25 2013
CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

38274513

Approved, SCAO

| Original - Garnishee (Part 1) |
| 1st copy - Defendant (Part 2) |
| 2nd copy - Return (proof of service) (Part 2) |

**REQU**

| STATE OF MICHIGAN ___ JUDICIAL DISTRICT ___ JUDICIAL CIRCUIT | REQUEST AND WRIT FOR GARNISHMENT (NONPERIODIC) | CASE NO. 2:09-cv-10756 Hon. Marianne O. Battani | AC |

Court address: 231 W. Lafayette Blvd., Room 564 Detroit, MI 48226 • Zip code
Court telephone no. (313) 234-5005

Plaintiff name and address (judgment creditor)
WUI Assets, LLC, as assignee of
The Weather Underground, Inc.
c/o Hooper Hathaway, P.C.
126 S. Main St., Ann Arbor, MI 48104

v

Defendant name and address (judgment debtor)
CONNEXUS CORPORATION
2101 Rosecrans Ave, Ste 2000, El Segundo, CA 90245
and/or
512 7th Ave., 12th Floor, New York, NY 10018

Plaintiff's attorney, bar no., and address
Anthony P. Patti (P43729), HOOPER HATHAWAY, P.C.
126 S. Main Street
Ann Arbor, MI 48104

Telephone no.
(734) 662-4426

Account no.

WELLS FARGO BANK
LEVY PROCESSING
MAC S3928-021
PO BOX 29779
PHOENIX, AZ 85038-9779

Garnishee name and address
WELLS FARGO BANK, National Association
c/o CSS-Lawyers Incorporation Service (Registered Agent)
601 Abbott Road, East Lansing, MI 48823

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on **4-12-13** and received by garnishee on **4-19-13**.
   ☐ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on **N/A**.
   ☒ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.

2. At the time of service of the writ, garnishee:

**Non-Periodic Garnishments**
☒ a. is not indebted to defendant for any amount and does not possess or control defendant's property, money, etc.
   Reason: **Account Closed**
☐ b. is indebted to defendant for non-periodic payments as follows: **Account Closed**

_____
Description of property, money, negotiable instruments, etc. under garnishee's control    Type of account and account number if applicable

The amount to be withheld is $ _____ and does not exceed the amount stated in item 2. of the writ.

**Periodic Garnishments**
☐ c. is not obligated to make periodic payments to the defendant during the 91 day period.
   Reason:  ☐ not employed.  ☐ other _____
☐ d. is obligated to make periodic payments to the defendant during the 91 day period as follows:
Payments are for   ☐ earnings  ☐ non-earnings _____
                                              specify nature of payment (see instructions on back)
Payments are made  ☐ weekly.  ☐ bi-weekly.  ☐ semi-monthly.  ☐ monthly.  ☐ other: _____
                                                                                     frequency of payment
A higher priority writ/order  ☐ is  ☐ is not  currently in effect. (If a higher priority writ/order is in effect, complete the following)

| Name of court that issued higher priority writ/order | Case number | Date issued | Date served |

Withholding under this writ
☐ will begin immediately if sufficient funds are available.
☐ will not begin immediately because defendant is  ☐ laid off.  ☐ sick.  ☐ on leave.  ☐ other: _____
                                                                                                  specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

Date **APR 22 2013**

Garnishee/Agent/Attorney signature
ROSE ENCINAS
AGENT

I certify that:
on **APR 22 2013** I mailed or personally delivered a copy of this disclosure with the court.
on **APR 22 2013** I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on _____ I mailed or personally delivered a copy of this disclosure to the defendant.

Date **APR 22 2013**

Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3. of the instructions for details.**