Approved, SCAO

Original - Garnishee (Part 1)
1st copy - Defendant (Part 2)
2nd copy - Return (proof of service) (Part 2)
3rd copy - Plaintiff/Attorney (proof) (Part 2)
4th copy - Court (Part 2)

| STATE OF MICHIGAN ____ JUDICIAL DISTRICT ____ JUDICIAL CIRCUIT U.S. District Court for the Eastern District of Michigan | REQUEST AND WRIT FOR GARNISHMENT (NONPERIODIC) | CASE NO. 2:09-cv-10756 Hon. Marianne O. Battani |

Court address: 231 W. Lafayette Blvd., Room 564 Detroit, MI 48226
Court telephone no.: (313) 234-5005

**Plaintiff name and address (judgment creditor)**
WUI Assets, LLC, as assignee of
The Weather Underground, Inc.
c/o Hooper Hathaway, P.C.
126 S. Main St., Ann Arbor, MI 48104

v

**Defendant name and address (judgment debtor)**
CONNEXUS CORPORATION
2101 Rosecrans Ave, Ste 2000, El Segundo, CA 90245
and/or
512 7th Ave., 12th Floor, New York, NY 10018

**Social security no.** EIN: 43-1949067/95-4763332?

**Plaintiff's attorney, bar no., and address**
Anthony P. Patti (P43729), HOOPER HATHAWAY, P.C.
126 S. Main Street
Ann Arbor, MI 48104

Telephone no. (734) 662-4426

**Garnishee name and address**
WELLS FARGO BANK, National Association
c/o CSS-Lawyers Incorporation Service (Registered Agent)
601 Abbott Road, East Lansing, MI 48823

FILED APR 12 2013 CLERK'S OFFICE, DETROIT-PSC U.S. DISTRICT COURT

**REQUEST** See instructions for item 2 on other side.

1. Plaintiff received judgment against defendant for $3,500,000.00 on June 15, 2012
2. The total amount of judgment interest accrued to date is $4,933.57. The total amount of postjudgment costs accrued to date is $0.00. The total amount of postjudgment payments made and credits to date is $200,000.00. The amount of the unsatisfied judgment now due (including interest and costs) is • $3,304,933.57.
3. Plaintiff knows or with good reason believes the garnishee is indebted to or possesses or controls property belonging to defendant.
4. **Plaintiff requests** a writ of nonperiodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

04/12/2013
Date

Plaintiff/Agent/Attorney signature Anthony P. Patti (P43729)

**WRIT OF GARNISHMENT** To be completed by the court. See other side for additional information and instructions.

**TO THE PLAINTIFF:** You must provide all copies of the disclosure form (MC 14), two copies of this writ for serving on the garnishee, and a $1.00 disclosure fee for serving on the garnishee. You are responsible for having these documents served on the garnishee within 91 days. If the disclosure states that the garnishee holds property **other than money** belonging to the defendant, you must motion the court within 56 days after the disclosure is filed for an order to apply the property toward the judgment. **NOTE:** The social security number field is blacked out for security reasons on all parts except the garnishee copy.

**TO THE DEFENDANT:**
1. Do not dispose of any negotiable instrument representing a debt of the garnishee or any negotiable instruction of title representing property in which you claim an interest held in the possession or control of the garnishee.
2. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, the property or debt held under this writ may be applied to the judgment **28 days** after this writ was mailed or delivered to the garnishee.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last-known address by first-class mail.
2. Deliver no tangible or intangible property and pay no obligation to the defendant unless allowed by statute or court rule.
3. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
4. If indebted to the defendant, you must withhold an amount not to exceed the amount of the judgment stated in item 2 of the request. Payment of withheld funds must be made **28 days** after you are served with this writ unless notified that an objection has been filed.

You are ordered to make the payment withheld under this writ payable to
☑ the plaintiff  ☑ the plaintiff's attorney  ☐ the court
and mail it to: ☐ the plaintiff.  ☑ the plaintiff's attorney.  ☐ the court.

5. If you hold property other than money belonging to the defendant, do not transfer it until further order of the court.

4/12/2013
Date of issue

7/12/2013
Expiration date for service

Deputy court clerk

MC 13 (4/12) REQUEST AND WRIT FOR GARNISHMENT (NONPERIODIC) (Part 1) MCL 600.4011 et seq., MCR 3.101